# EXHIBIT 5

## Claim Chart – US Patent 8796884 vs. AES and Fluence

| Exhibit(s) | URL / Citation |
|---|---|
| Exhibit 1 | AES' Battery Storage: Clean Energy & Grid Resilience<br>https://www.aes.com/energy-solutions/technology/energy-storage |
| Exhibit 2 | Luna and LAB Energy Storage | AES<br>https://www.aes.com/sustainability-impact/people-communities/projects/luna-and-lab-energy-storage |
| Exhibit 3 | Fluence Ecosystem Supplies 908 MWh Battery-Based Energy Storage Complex in California | Fluence<br>https://ir.fluenceenergy.com/news-releases/news-release-details/fluence-ecosystem-supplies-908-mwh-battery-based-energy-storage |
| Exhibit 4 | Gridstack Tech Spec.pdf<br>https://info.fluenceenergy.com/hubfs/Collateral/Gen6/Gridstack%20Tech%20Spec.pdf |
| Exhibit 5 | Sunstack-Tech-Spec.pdf<br>https://cdn.enfsolar.com/z/pp/z3dxgqgu5g7v3/Sunstack-Tech-Spec.pdf |
| Exhibit 6 | Fluence Tech Spec - SunFlex Energy Storage_TS-001-02-EN.pdf<br>https://info.fluenceenergy.com/hubfs/Collateral/Fluence%20Tech%20Spec%20-%20SunFlex%20Energy%20Storage_TS-001-02-EN.pdf |
| Exhibit 7 | Fluence OS - Architecture One Pager_BR-025-01-EN.pdf<br>https://info.fluenceenergy.com/hubfs/Fluence%20OS%20-%20Architecture%20One%20Pager_BR-025-01-EN.pdf |
| Exhibit 8 | Fluence Sustainability Report FY24.pdf<br>https://info.fluenceenergy.com/hubfs/Fluence%20Sustainability%20Report%20FY24.pdf |
| Exhibit 9 | Energy Solutions and Technologies | AES<br>https://www.aes.com/energy-solutions |
| Exhibit 10 | Variability in electricity demand highlights potential roles for electricity storage - U.S. Energy Information Administration (EIA)<br>https://www.eia.gov/todayinenergy/detail.php?id=13131 |
| Exhibit 11 | IEEE Std 1547-2018, IEEE Standard for Interconnection and Interoperability of Distributed Energy Resources with Associated Electric Power Systems Interfaces |
| Exhibit 12 | Fluence OS Tech Spec.pdf<br>https://info.fluenceenergy.com/hubfs/Collateral/Fluence%20OS%20Tech%20Spec.pdf |
| Exhibit 13 | Solar Integration: Inverters and Grid Services Basics | Department of Energy<br>https://www.energy.gov/cmei/systems/solar-integration-inverters-and-grid-services-basics |
| Exhibit 14 | ERCOT's Advanced Grid Support Proposal<br>https://www.ercot.com/files/docs/2025/01/17/Fluence%20Techno-economic%20Impact%20-%20ERCOT-Grid-Forming%20Requirement%20Review%20-%20Ben%20Braun.pdf |
| Exhibit 15 | Fluence Gridstack Pro_Global_US EN.pdf |

1

| | |
|---|---|
| | https://info.fluenceenergy.com/hubfs/Fluence%20Gridstack%20Pro_Global_US%20EN.pdf |
| Exhibit 16 | A Guide to Current Limiting and Stability With Grid-Forming Inverters |
| | https://docs.nrel.gov/docs/fy25osti/95957.pdf |
| Exhibit 17 | Universal Passive Synchronization Method for Grid-Forming Inverters Without Mode Transition: Preprint |
| | https://docs.nrel.gov/docs/fy23osti/86972.pdf |
| Exhibit 18 | https://cache.industry.siemens.com/dl/files/591/109782591/att_1036036/v1/SINAMICS_S120_Grid_Infeed_en-US.pdf |
| Exhibit 19 | Applications_En.pdf |
| | https://cache.industry.siemens.com/dl/files/404/5824404/att_47646/v1/Applications_En.pdf |
| Exhibit 20 | Motor Performance on PWM/IGBT AC Drives |
| | https://sid.siemens.com/api/khub/documents/j9OpOOIaAZYnURIzHvyAbg/content |
| Exhibit 21 | An Improved Current Control Strategy for a Grid-Connected Inverter under Distorted Grid Conditions |
| | https://acrobat.adobe.com/id/urn:aaid:sc:va6c2:215a06c5-27a6-4147-b6e9-7826e6ab75a1 |

**Claim Chart**

| Claim | Support |
|---|---|
| 1[pre]. A system comprising: | The Accused Products include, but are not limited to, grid-scale battery energy storage systems ("BESS") and associated control products deployed, operated, controlled, or maintained by or on behalf of, for example, AES Corporation within the United States. This includes, without limitation, systems manufactured, integrated, or supplied by Fluence Energy—such as, for example, the Fluence Gridstack™, Gridstack Pro™, Ultrastack™, Smartstack™, Sunstack™, and associated Fluence Cube–based multi-inverter platforms governed by Fluence OS. Such systems include, but are not limited to, the Luna Storage system and the Lancaster Area Battery ("LAB") system. *See* Exs. 1–7; *see also generally* Exs. 8-20.<br><br>To the extent the preamble is construed as limiting, the Accused Products satisfy the preamble. Each of the Accused Products constitutes a system (i.e., a complex combination of interacting hardware and software components, including but not limited to battery modules, inverters, and localized controllers) designed and configured to execute the subsequently claimed limitations. *See generally* Exs. 1-20.<br><br>**Energy storage technology**<br><br>At AES, we are proud to be a pioneer and global leader in battery energy storage systems (BESS), collaborating with partners worldwide to deploy award-winning battery systems that enhance grid reliability, flexibility and resiliency. We developed the world's first utility-scale lithium-ion BESS and in 2009 installed the first commercial aplication of this technology, in Chile.<br><br>Ex. 1.<br><br>Such grid-scale battery energy storage systems include, for example, the Luna and LAB systems. |

3

**ENERGY STORAGE IN CALIFORNIA**

# Luna and LAB energy storage

● OPERATIONAL

Energy storage is the bridge between a resilient power grid and our clean energy future. Now fully operational, AES' Luna and Lancaster Area Battery (LAB) energy storage facilities are helping California achieve both objectives.

Ex. 2.

ARLINGTON, Va., Oct. 11, 2022 (GLOBE NEWSWIRE) -- Fluence Energy, Inc. ("Fluence" or the "Company") (NASDAQ: FLNC), a leading global provider of energy storage products and services, and cloud-based software for renewables and storage, today announced the commercial operation of a combined 908 MWh battery-based energy storage system complex. Located in Lancaster, California, The AES Corporation projects include the 100 MW / 400 MWh Luna Battery Storage Project and 127 MW / 508 MWh Lancaster Area Battery (LAB) energy storage system comprising one of the largest energy storage complexes operating in California or around the world.

Ex. 3.

Both projects use Fluence's Gridstack™ grid-scale, industrial-strength energy storage product incorporating the Company's sixth generation technology and more than 14 years of design and deployment experience.

Ex. 3.

4

## About Sunstack

Sunstack improves and expands the capabilities of photovoltaic (PV) solar generation by optimizing solar capture and delivery, enabling solar facilities to sell up to 50% more solar energy per site. The Sunstack system architecture unites batteries and PV on the same side of the DC bus in order to take advantage of higher PV-to-inverter ratios, maximize solar yield, and simplify the interconnection process.

Sunstack includes all power conversion and controls needed to send solar energy to the grid or to store it for delivery later. Built using our 6th generation technology stack, Sunstack incorporates more than 3 years of design and deployment experience.

## About Gridstack

Gridstack's industrial-strength design is built for the most demanding applications including Flexible Peaking Capacity, Frequency Regulation, Renewable Integration, T&D Enhancement, and more. The system is highly configurable to meet your specific operational requirements and can be cost-effectively augmented over time to maximize asset value..

## About Sunflex

The Fluence SunFlex Energy Storage platform improves and expands the capabilities of photovoltaic (PV) solar generation by optimizing solar capture and delivery, enabling solar facilities to sell up to 50% more solar energy per site. The SunFlex architecture unites the batteries and PV on the same side of the DC bus in order to take advantage of higher PV-to-inverter ratios and maximize solar yield. SunFlex Energy Storage builds upon the Fluence team's 10+ years of energy storage experience and the controls and architectural principles of industry-leading platforms Advancion® and Siestorage®.

Exs. 4-6.

5



Ex. 7.

*See also* Exs. 1-20.

| 1[a]. a converter to transfer power between a power source and a load having a fluctuating power demand, the converter comprising a direct current-to-alternating current | The Accused Products include a converter to transfer power between a power source and a load having a fluctuating power demand. Specifically, the Accused Products utilize a Power Conversion System ("PCS") that functions as the claimed converter. The technical documentation establishes that the PCS interfaces with energy generation and storage mediums—such as solar photovoltaic (PV) cell arrays and lithium-ion battery systems—which serve as the claimed power source. *See* Exs. 2, 5, 8. The PCS actively manages and transfers electrical power from these direct current (DC) sources to the connected alternating current (AC) electrical utility grid. By the inherent nature of dynamic consumer energy usage, grid edge variables, and varying impedance, the connected utility grid constitutes a load having a fluctuating power demand. *See* Exs. 2, 5, 9, 10; *see also* Ex. 11. |
|---|---|

6

| | |
|---|---|
| (DC-AC) output bridge configured to deliver output power to a utility grid; | **3.1. Purchased Goods & Services**<br><br>Different sources are included within 3.1. For each source a methodology is given.<br><br>*Primary Components*<br>A battery system consists of various components, with the main components consisting of:<br><br>• Outdoor Core Telco Enclosure (OCTE)<br>• Core Transformer<br>• Power Conversion System (PCS)<br>• Cube Row Termination (CRT)<br>• Cube<br><br>Ex. 8.<br><br>The Accused Products use/have solar PV cells and batteries as a power source. |

7

## About Sunstack

Sunstack improves and expands the capabilities of photovoltaic (PV) solar generation by optimizing solar capture and delivery, enabling solar facilities to sell up to 50% more solar energy per site. The Sunstack system architecture unites batteries and PV on the same side of the DC bus in order to take advantage of higher PV-to-inverter ratios, maximize solar yield, and simplify the interconnection process.

Sunstack includes all power conversion and controls needed to send solar energy to the grid or to store it for delivery later. Built using our 6th generation technology stack, Sunstack incorporates more than 3 years of design and deployment experience.

Luna Storage and LAB store and deliver clean energy from 18 AES solar facilities in the area, which enables better utilization of renewable generation. Battery storage provides a critical and cost-effective source of clean and reliable power that can be stored and used at night or during periods of high demand, which helps reduce California's reliance on fossil fuels.

Power generated and stored in the battery storage facilities is delivered to the electric grid via a connection to the Big Sky Substation. Clean Power Alliance is contracted to purchase power from Luna Storage and Pacific Gas & Electric (PG&E) is contracted to purchase capacity from the LAB.

Ex. 5; Ex. 2.

Furthermore, the PCS architecture physically embodies a direct current-to-alternating current (DC-AC) output bridge configured to deliver output power to a utility grid. As detailed in the system specifications, the PCS incorporates integrated inverter modules, including solar PV inverters. *See* Ex. 5. As a matter of fundamental electrical engineering principles, these inverters utilize internal solid-state switching topologies (i.e., inverter bridge circuits) to synthesize AC waveforms. *See* Ex. 13. By utilizing this internal

8

circuitry to convert the DC power received from the batteries/PV cells into synchronized AC power, the inverter hardware functions as the claimed direct current-to-alternating current (DC-AC) output bridge. Finally, the technical parameters and interconnection standards of the PCS dictate that this output bridge is structurally configured to deliver the inverted output power directly to a utility grid.

## About Sunstack

Sunstack improves and expands the capabilities of photovoltaic (PV) solar generation by optimizing solar capture and delivery, enabling solar facilities to sell up to 50% more solar energy per site. The Sunstack system architecture unites batteries and PV on the same side of the DC bus in order to take advantage of higher PV-to-inverter ratios, maximize solar yield, and simplify the interconnection process.

Sunstack includes all power conversion and controls needed to send solar energy to the grid or to store it for delivery later. Built using our 6th generation technology stack, Sunstack incorporates more than 3 years of design and deployment experience.



### Flexible capacity

We deliver energy security with flexible, around-the-clock thermal generation and energy storage, ensuring reliability amidst demand fluctuations, to complement intermittent renewables.

**Explore flexible capacity**

Luna Storage and LAB store and deliver clean energy from 18 AES solar facilities in the area, which enables better utilization of renewable generation. Battery storage provides a critical and cost-effective source of clean and reliable power that can be stored and used at night or during periods of high demand, which helps reduce California's reliance on fossil fuels.

Power generated and stored in the battery storage facilities is delivered to the electric grid via a connection to the Big Sky Substation. Clean Power Alliance is contracted to purchase power from Luna Storage and Pacific Gas & Electric (PG&E) is contracted to purchase capacity from the LAB.

Ex. 9; Ex. 2; Ex. 5.



## Variability in electricity demand highlights potential roles for electricity storage

Hourly and average daily electricity demand in the PJM system and hypothetical potential for charging and discharging storage (January 21–January 23, 2013)
gigawatts

*Legend:*
- potential charging period for storage
- potential discharging period for storage
- actual hourly demand
- average hourly demand

Monday, January 21      Tuesday, January 22      Wednesday, January 23

**Source:** U.S. Energy Information Administration, based on PJM data
**Note:** Demand for the East Kentucky Power Cooperative, which joined PJM on June 1, 2013, is not included in the regional demand estimate above to ensure a consistent footprint throughout the selected time horizon.

The availability of significant storage capacity could help to decouple electricity supply needs from variable electricity demand. However, based on this analysis of PJM Interconnection (PJM) hourly demand data from August 2012 to July 2013, a large amount of storage capacity would be required to reduce the variability in electricity supply needs over different time periods.

Ex. 10; *see also* Ex. 11.

## Sunstack System

| | | | |
|---|---|---|---|
| Power Conversion | 500 kW DC/DC converters + solar PV inverter | Seismic Rating | Seismic options available |
| Rated AC Power (50°C) | 2 MW – 500+ MW | System Response Time | Max capacity change in 1,000 ms |
| Discharge Duration | 1 – 4 hours | Max DC Voltage (open circuit) | 1,500Vdc |
| Grid Frequency | 50Hz and 60Hz | MPPT Min DC Voltage | 849Vdc |
| Reactive Power | Four-quadrant control, 0.9 leading to 0.9 lagging at rated power (reactive capability available over full real power range)* | PV Inputs | Up to 36 |
| | | Max PV Short Circuit | ≥8kA |
| Availability | >97.0% | Standard Temperature Range | -30°C to 45°C ** |
| Altitude | De-rated over 1,000 meters | | |

Ex. 5.

Inverters convert direct current to alternating current.

## What are Inverters?

An inverter is one of the most important pieces of equipment in a solar energy system. It's a device that converts direct current (DC) electricity, which is what a solar panel generates, to alternating current (AC) electricity, which the electrical grid uses. In DC, electricity is maintained at constant voltage in one direction. In AC, electricity flows in both directions in the circuit as the voltage changes from positive to negative. Inverters are just one example of a class of devices called power electronics that regulate the flow of electrical power.

Ex. 13.

| 1[b]. a controller to control the DC-AC | The Accused Products include a controller to control the DC-AC output bridge of the converter to generate an AC power output. Specifically, the Accused Products incorporate an advanced, multi-layered control architecture that includes the overarching Fluence |
|---|---|

11

| | |
|---|---|
| output bridge of the converter to generate an AC power output, the controller comprising: | OS software platform operating in tandem with localized hardware controllers (e.g., PCS controllers, node-level controllers, or inverter control boards). Working in concert, this integrated logic and hardware architecture functions as the claimed controller. *See* Exs. 7, 12.<br><br>To execute its designated function, the localized PCS controller is electrically and algorithmically coupled to the internal solid-state switching matrices (e.g., IGBTs) of the inverter hardware identified in element 1[a]. The PCS controller continuously calculates and transmits precise, localized switching commands (such as pulse-width modulation (PWM) gate-drive signals) directly to these semiconductor switches. By actively dictating the exact timing and state of these switches, the PCS controller acts to control the DC-AC output bridge of the converter. Furthermore, this rapid, orchestrated switching of the direct current (DC) input across the bridge circuit physically synthesizes the required alternating current waveforms, meaning the controller inherently operates to generate an AC power output suitable for the utility grid. *See* Exs. 5, 13.<br><br><br><br>Ex. 12; Ex. 7. |

## Sunstack System

| | | | |
|---|---|---|---|
| **Power Conversion** | 500 kW DC/DC converters + solar PV inverter | **Seismic Rating** | Seismic options available |
| **Rated AC Power (50°C)** | 2 MW – 500+ MW | **System Response Time** | Max capacity change in 1,000 ms |
| **Discharge Duration** | 1 – 4 hours | **Max DC Voltage (open circuit)** | 1,500Vdc |
| **Grid Frequency** | 50Hz and 60Hz | **MPPT Min DC Voltage** | 849Vdc |
| **Reactive Power** | Four-quadrant control, 0.9 leading to 0.9 lagging at rated power (reactive capability available over full real power range)* | **PV Inputs** | Up to 36 |
| | | **Max PV Short Circuit** | ≥8kA |
| **Availability** | >97.0% | **Standard Temperature Range** | -30°C to 45°C ** |
| **Altitude** | De-rated over 1,000 meters | | |

Ex. 5.

## What are Inverters?

An inverter is one of the most important pieces of equipment in a solar energy system. It's a device that converts direct current (DC) electricity, which is what a solar panel generates, to alternating current (AC) electricity, which the electrical grid uses. In DC, electricity is maintained at constant voltage in one direction. In AC, electricity flows in both directions in the circuit as the voltage changes from positive to negative. Inverters are just one example of a class of devices called power electronics that regulate the flow of electrical power.

Ex. 13.

| | |
|---|---|
| 1[c]. (i) a synchronization function having an input to receive a | The controller of the Accused Products (e.g., the integrated Fluence OS and localized PCS controllers) incorporates (i) a synchronization function having an input to receive a voltage sensor signal indicative of a grid voltage of the utility grid. Specifically, to safely parallel with the utility grid, the PCS controller utilizes internal synchronization logic (e.g., Phase-Locked Loop (PLL) algorithms or equivalent grid-synchronization controls). This synchronization function features physical and algorithmic inputs |

13

| | |
|---|---|
| voltage sensor signal indicative of a grid voltage of the utility grid, the synchronization function configured to generate a phase signal indicative of a phase angle of the voltage sensor signal; | coupled to the AC voltage sensors located at the inverter terminals or point of common coupling. These sensors continuously feed the controller a real-time voltage sensor signal that directly measures and is indicative of the grid voltage present on the external utility grid. *See* Exs. 5, 7, 12. |

**Controls Architecture**

The Fluence OS architecture uses embedded logic and application rules to turn outside market signals into efficiently dispatched power.

**MARKET DISPATCH UNIT (MDU)**
The Market Dispatch Unit dispatches real and reactive power to the Array controller as generated by the active applications.

**ARRAY CONTROLLER**
The Array Controller presents the storage Array as a single battery to the MDU; aggregating all Cores in the system. Dispatch signals sent from the MDU are distributed to the Cores.

**CORE CONTROLLER**
The Core Controller aggregates Nodes from the isolation transformer down, present/command collection of Nodes. Dispatch signals sent from Array are distributed to the Nodes.

**NODE CONTROLLER**
The Node Controller directly connects to each PCS, BSC/BMS/Batteries system.

Ex. 12; Ex. 7.

14

## Sunstack System

| | | | |
|---|---|---|---|
| **Power Conversion** | 500 kW DC/DC converters + solar PV inverter | **Seismic Rating** | Seismic options available |
| **Rated AC Power (50°C)** | 2 MW – 500+ MW | **System Response Time** | Max capacity change in 1,000 ms |
| **Discharge Duration** | 1 – 4 hours | **Max DC Voltage (open circuit)** | 1,500Vdc |
| **Grid Frequency** | 50Hz and 60Hz | **MPPT Min DC Voltage** | 849Vdc |
| **Reactive Power** | Four-quadrant control, 0.9 leading to 0.9 lagging at rated power (reactive capability available over full real power range)* | **PV Inputs** | Up to 36 |
| | | **Max PV Short Circuit** | ≥8kA |
| **Availability** | >97.0% | **Standard Temperature Range** | -30°C to 45°C ** |
| **Altitude** | De-rated over 1,000 meters | | |

Ex. 5.

The controller in the Accused Products includes a synchronization function having an input to receive a voltage sensor signal indicative of a grid voltage of the utility grid. For example, the Accused Products are configured for Grid-Forming (GFM) and Grid-Following (GFL) operation, which use a voltage signal indicative of the grid for synchronization. Ex. 14.

> Another grid service that some advanced inverters can supply is grid-forming. Grid-forming inverters can start up a grid if it goes down—a process known as black start. Traditional "grid-following" inverters require an outside signal from the electrical grid to determine when the switching will occur in order to produce a sine wave that can be injected into the power grid. In these systems, the power from the grid provides a signal that the inverter tries to match. More advanced grid-forming inverters can generate the signal themselves. For instance, a network of small solar panels might designate one of its inverters to operate in grid-forming mode while the rest follow its lead, like dance partners, forming a stable grid without any turbine-based generation.

Ex. 13; *see also* Ex. 16; Ex. 17.

Furthermore, this internal synchronization function is strictly configured to generate a phase signal indicative of a phase angle of the voltage sensor signal. Fluence's technical documentation confirms the Accused Products are configured for advanced Grid-Forming

(GFM) and Grid-Following (GFL) operations. *See* Ex. 14; *see also* Exs. 13, 16, 17. To execute these operations, the controller's synchronization function processes the incoming grid voltage waveform and mathematically extracts its phase angle, continuously generating an internal reference variable (the phase signal).

The necessity of this phase signal generation is independently confirmed by the Accused Products' certified compliance with mandatory industry interconnection standards. *See* Ex. 15; *see also* Ex. 11 (IEEE 1547-2018 standard detailing mandatory interconnectivity and synchronization requirements for distributed energy resources); Ex. 6 (UL 1741 standard for inverters). Compliance with IEEE 1547-2018 explicitly mandates that the Accused Products precisely synchronize with the grid's voltage, frequency, and phase before and during active power export. It is an engineering impossibility to satisfy these strict phase-matching limits without the control system's synchronization function first actively calculating and generating a phase signal indicative of the phase angle of the voltage sensor signal. *See* Ex. 11 (detailing phase synchronization parameters).

| PERFORMANCE & SAFETY SPECS | |
| --- | --- |
| Discharge Duration | 2 hours - 4 hours - 6 hours - 8 hours |
| DC Voltage | Up to 1500V |
| System Response Time | 150ms |
| Round Trip Efficiency | > 87% |
| Availability | > 97% |
| Grid Frequency | 50/60 Hz |
| Seismic Rating | Compliant with IEEE693 High, meets International Building Code (IBC), California Building Code (CBC) requirements per Seismic Design Category (SDC) D, Conforms to ASCE 7-10 standard |
| Operating Temp. range | -20 °C to +50 °C (-4 °F to +122 °F) |
| Certifications | UL/IEC |
| Battery enclosure IP Rating | IP55 |
| Altitude | 2,000 meters (without derating) |
| Thermal Management | Liquid cooled |
| Certifications and Codes | UL1741, UL1741SA/IEEE1547, NFPA68/69/72/855, UL 9540A Cell, Module, Unit |

16

### 4.10.4 Synchronization

The DER shall parallel with the Area EPS without causing step changes in the RMS voltage at the PCC exceeding 3% of nominal when the PCC is at medium voltage, or exceeding 5% of nominal when the PCC is at low voltage.

DER that produce fundamental voltage before connecting to the Area EPS[52] shall not be synchronized outside of the tolerances specified in Table 5.[53, 54] The synchronization limits stated in Table 5 may be waived by the Area EPS operator if paralleling does not exceed the limitation of voltage fluctuations induced by the DER requirements specified in 7.2.

**Table 5—Synchronization parameter limits for synchronous interconnection to an EPS, or an energized Local EPS to an energized Area EPS**

| Aggregate rating of DER units (kVA) | Frequency difference ($\Delta f$, Hz) | Voltage difference ($\Delta V$, %) | Phase angle difference ($\Delta\Phi$, °) |
|---|---|---|---|
| 0–500 | 0.3 | 10 | 20 |
| > 500–1 500 | 0.2 | 5 | 15 |
| > 1 500 | 0.1 | 3 | 10 |

Ex. 11.

| | |
|---|---|
| 1[d]. (ii) a distortion mitigation function to receive the phase signal from the synchronization function and a | The controller of the Accused Products (e.g., the Fluence OS and localized PCS controllers) incorporates (ii) a distortion mitigation function to receive the phase signal from the synchronization function and a current sensor signal indicative of a grid current of the utility grid.<br><br>To execute advanced grid support and power quality operations, the PCS control architecture includes active filtering and mitigation algorithms (the distortion mitigation function). To operate, this logic requires two fundamental inputs. First, it receives the internal reference phase signal generated by the synchronization function (established in element 1[c]). Second, the Accused Products utilize |

17

| | |
|---|---|
| current sensor signal indicative of a grid current of the utility grid, the distortion mitigation function configured to generate a magnitude signal as a function of the phase signal and the current sensor signal, and | physical hardware sensors (e.g., current transformers at the AC output) to continuously measure the electrical flow, thereby providing a real-time current sensor signal indicative of a grid current of the utility grid directly to the controller. *See* Exs. 7, 12.<br><br>**PERFORMANCE & SAFETY SPECS**<br><br>| | |<br>|---|---|<br>| Discharge Duration | 2 hours - 4 hours - 6 hours - 8 hours |<br>| DC Voltage | Up to 1500V |<br>| System Response Time | 150ms |<br>| Round Trip Efficiency | > 87% |<br>| Availability | > 97% |<br>| Grid Frequency | 50/60 Hz |<br>| Seismic Rating | Compliant with IEEE693 High, meets International Building Code (IBC), California Building Code (CBC) requirements per Seismic Design Category (SDC) D, Conforms to ASCE 7-10 standard |<br>| Operating Temp. range | -20 °C to +50 °C (-4 °F to +122 °F) |<br>| Certifications | UL/IEC |<br>| Battery enclosure IP Rating | IP55 |<br>| Altitude | 2,000 meters (without derating) |<br>| Thermal Management | Liquid cooled |<br>| Certifications and Codes | UL1741, UL1741SA/IEEE1547, NFPA68/69/72/855, UL 9540A Cell, Module, Unit |<br><br>Ex. 15; *see also* Ex. 6 (UL1741). The Accused Products include a distortion mitigation function because compliance with IEEE 1547-2018 mandates that the Accused Products limit current distortion.<br><br>**total rated-current distortion (TRD):** The total root-sum-square of the current distortion components (including harmonics and inter-harmonics) created by the DER unit expressed as a percentage of the DER rated current capacity ($I_{rated}$).<br><br>Ex. 11. |

**distributed energy resource (DER):** A source of electric power that is not directly connected to a bulk power system. DER includes both generators and energy storage technologies capable of exporting active power to an EPS. An interconnection system or a supplemental DER device that is necessary for compliance with this standard is part of a DER.[23]

Ex. 11.

## 4. General interconnection technical specifications and performance requirements

### 4.1 Introduction

The reference point of applicability (RPA) is the location where the interconnection and interoperability performance requirements specified in this standard shall be met. The electrical quantities referred to in this standard are those at the RPA, unless stated otherwise in this standard.

The performance requirements of this standard apply to interconnection of either a single DER unit based on that unit's rating or multiple DER units within a single Local EPS ("DER system"), based on the aggregate rating of all the DER units that are within the Local EPS. The capabilities and functions of the DER hardware and software that affect the *Area EPS* are required to meet this standard regardless of their location on the EPS. The performance requirements in this standard are functional and do not specify any particular equipment or equipment type.

Ex. 11.

19

**Table 26—Maximum odd harmonic current distortion in percent of rated current ($I_{rated}$)[a]**

| Individual odd harmonic order $h$ | $h < 11$ | $11 \leq h < 17$ | $17 \leq h < 23$ | $23 \leq h < 35$ | $35 \leq h < 50$[109] | Total rated current distortion (TRD) |
|---|---|---|---|---|---|---|
| Percent (%) | 4.0 | 2.0 | 1.5 | 0.6 | 0.3 | 5.0 |

[a]$I_{rated}$ = the DER unit rated current capacity (transformed to the RPA when a transformer exists between the DER unit and the RPA).

**Table 27—Maximum even harmonic current distortion in percent of rated current ($I_{rated}$)[a]**

| Individual even harmonic order $h$ | $h = 2$ | $h = 4$ | $h = 6$ | $8 \leq h < 50$ |
|---|---|---|---|---|
| Percent (%) | 1.0 | 2.0 | 3.0 | Associated range specified in Table 26 |

[a]$I_{rated}$ = the DER unit rated current capacity (transformed to the RPA when a transformer exists between the DER unit and the RPA).

Ex. 11.

IEEE 1547-2018 is calculated using $I_1$, which is a current sensor signal indicative of a grid current of the utility grid.

20

The total rated current distortion (TRD) in Table 26 , which includes the harmonic distortion and inter-harmonic distortion, can be calculated using Equation (2):

$$\%TRD = \frac{\sqrt{I_{rms}^2 - I_1^2}}{I_{rated}} \times 100\%$$

where

$I_1$    is the fundamental current as measured at the RPA

$I_{rated}$    is the DER rated current capacity (transformed to the RPA when a transformer exists between the DER unit and the RPA)

$I_{rms}$    is the root-mean-square of the DER current, inclusive of all frequency components, as measured at the RPA

Ex. 11.

### System Stabilization

A growing share of inverter fed resources and changing load profiles create new system stability issues for grid operators

Energy storage with advanced grid forming controls supports grid stability and power system operation with complex applications, such as inertia, black start, oscillation damping control, and more



| 1[e]. (ii) a modulator to receive the phase signal from the | The Accused Products include a modulator to receive the phase signal from the synchronization function and the magnitude signal from the distortion mitigation function, and the modulator is configured to generate a modulation signal to control the DC-AC output bridge as a function of the phase signal and the magnitude signal. The Accused Products use/have a Fluence OS / PCS Controller, |

21

| | |
|---|---|
| synchronization function and the magnitude signal from the distortion mitigation function, the modulator configured to generate a modulation signal to control the DC-AC output bridge as a function of the phase signal and the magnitude signal. | which is a controller comprising a modulator to receive the phase signal from the synchronization function and the magnitude signal from the distortion mitigation function, the modulator configured to generate a modulation signal to control the DC-AC output bridge as a function of the phase signal and the magnitude signal.<br><br>The Accused Products include a modulator (e.g., Pulse Width Modulation (PWM) or Space Vector PWM (SVPWM)) that is controlled by the Fluence PCS controller. The modulator receives a phase signal from the grid synchronization function (such as a Phase-Locked Loop or Frequency-Locked Loop) and a magnitude signal from the distortion mitigation and current control functions.<br><br>**6.1.1    Background information**<br><br>The following diagram shows the control structure of a grid inverter for feeding power into a power grid, together with a typical system configuration. The function blocks added to comply with the different global grid codes are marked in gray. However, it should be noted that the complete standards can only be complied with by considering the complete generating system as a whole, e.g. with a drive component, so that for a grid overfrequency condition, the active power can be reduced.<br><br>The control always operates in rotating active-reactive coordinates with the grid frequency; VDC controller and active current controller form a cascade structure. Using the Park transformation technique, the output voltages of the active and reactive current controllers are converted into space phasors with stationary αβ coordinates or into phase voltages. A PWM modulator determines the switching operations of the grid inverter for the next pulse clock. The grid phase angle required for the Park transformation is calculated from the grid voltages using a PLL.<br><br>Ex. 18. The modulator generates a modulation signal, in the form of gate drive pulses, which are the electrical signals applied to the gates of the Insulated-Gate Bipolar Transistors (IGBTs) or Silicon Carbide (SiC) MOSFETs within the DC-AC output bridge. These pulses dictate the ON/OFF states of the power semiconductors to synthesize a sinusoidal AC waveform. |



The supply, which can be single phase (usually at low power) or three phase is fed to a full wave rectifier which supplies the DC link capacitors. The capacitors reduce the voltage ripple (especially on single phase supplies) and supply energy for short mains breaks. The voltage on the capacitors is uncontrolled and depends on the peak AC supply voltage.

The DC voltage is converted back to AC using Pulse Width Modulation (PWM). The desired waveform is built up by switching the output transistors (Insulated Gate Bipolar Transistors; IGBTs) on and off at a fixed frequency (the switching frequency). By varying the on and off time of the IGBTs the desired current can be generated, but the output voltage is still a series of square wave pulses. Pulse Width Modulation is shown in the figure below.

Voltage

Current

0V

Time

Pulse Width Modulation



**Effects of PWM Drives on Motors (Figure 2)**

PWM is the method by which the IGBTs are modulated to produce the fundamental voltage and frequency to the motor. The IGBTs are pulsed on and off rapidly (100 to 200 nanoseconds) to produce a carrier frequency. The carrier frequency travels over the motor cables, which are acting as transmission lines, to "carry" the appropriate voltage and frequency to the motor.

VOLTAGE     CURRENT

0V

TIME

Figure 2. Switching frequencies of 2, 4, 8...16 kHz are Common.

Figure 2. Switching frequencies of 2, 4, 8...16 kHz are Common.

When the IGBT is switched, a voltage edge (leading edge) is created that also travels along the motor cables. Because of an impedance mismatch between the inverter end and the motor end of the cable, some portion of the waveform is reflected back toward the drive. If this reflection coincides with another leading edge, the two will be added together. In some cases this "reflective wave" phenomenon can cause high voltage levels at the motor terminals, as high as 2.5 times the DC bus voltage of the drive.

Exs. 19-20.

The presence and operation of this distortion mitigation function is confirmed by the Accused Products' certified compliance with mandatory power quality standards. *See* Ex. 15; *see also* Ex. 11 (IEEE 1547-2018 standard for distributed energy resources)*;* Ex. 6 (UL 1741).

Specifically, IEEE 1547-2018 strictly mandates that inverter-based resources actively limit current distortion (e.g., Total Harmonic Distortion (THD) and specific harmonic injection limits) to protect the grid. *See* Ex. 11 (detailing IEEE 1547 current distortion limits). The standard calculates these limits using the fundamental current ($I_1$), establishing that the controller must actively process the measured current sensor signal. To maintain this strict regulatory compliance, the Fluence controller inherently and necessarily executes mitigation logic to monitor and correct waveform distortions.

| | To actively correct these distortions and stabilize the grid, the distortion mitigation function is configured to generate a magnitude signal as a function of the phase signal and the current sensor signal. Fluence advertises that the Accused Products provide advanced grid stabilization, including Automatic Voltage Regulation, oscillation damping control, and Reactive Power Four-quadrant control. *See* Exs. 6, 14. To perform these complex operations, such as damping an oscillation or injecting offsetting reactive power, the controller cannot simply guess how much power to output. It must actively calculate the precise amplitude of the necessary corrective injection. As a matter of fundamental closed-loop control engineering, the mitigation function calculates an internal command variable (the magnitude signal) by mathematically processing the grid's actual state (the current sensor signal) against the synchronized reference angle (the phase signal). This magnitude signal subsequently dictates the active and reactive power injected by the inverters to successfully mitigate grid distortion and maintain stability. |
|---|---|

24