# EXHIBIT 6

## Claim Chart – US Patent 8279642 vs. AES and Fluence

| Exhibit(s) | URL / Citation |
|---|---|
| Exhibit 1 | AES' Battery Storage: Clean Energy & Grid Resilience<br>https://www.aes.com/energy-solutions/technology/energy-storage |
| Exhibit 2 | Luna and LAB Energy Storage \| AES<br>https://www.aes.com/sustainability-impact/people-communities/projects/luna-and-lab-energy-storage |
| Exhibit 3 | Fluence Ecosystem Supplies 908 MWh Battery-Based Energy Storage Complex in California \| Fluence<br>https://ir.fluenceenergy.com/news-releases/news-release-details/fluence-ecosystem-supplies-908-mwh-battery-based-energy-storage |
| Exhibit 4 | Gridstack Tech Spec.pdf<br>https://info.fluenceenergy.com/hubfs/Collateral/Gen6/Gridstack%20Tech%20Spec.pdf |
| Exhibit 5 | Sunstack-Tech-Spec.pdf<br>https://cdn.enfsolar.com/z/pp/z3dxgqgu5g7v3/Sunstack-Tech-Spec.pdf |
| Exhibit 6 | Fluence Tech Spec - SunFlex Energy Storage_TS-001-02-EN.pdf<br>https://info.fluenceenergy.com/hubfs/Collateral/Fluence%20Tech%20Spec%20-%20SunFlex%20Energy%20Storage_TS-001-02-EN.pdf |
| Exhibit 7 | Fluence OS - Architecture One Pager_BR-025-01-EN.pdf<br>https://info.fluenceenergy.com/hubfs/Fluence%20OS%20-%20Architecture%20One%20Pager_BR-025-01-EN.pdf |
| Exhibit 8 | Solar Integration: Inverters and Grid Services Basics \| Department of Energy<br>https://www.energy.gov/cmei/systems/solar-integration-inverters-and-grid-services-basics |
| Exhibit 9 | A battery for hire: AC vs. DC coupling for solar + energy storage projects<br>https://blog.fluenceenergy.com/energy-storage-ac-dc-coupled-solar |
| Exhibit 10 | U.S. Patent Pub. No. 2024/0322707 A1 |
| Exhibit 11 | Modular Multi-Level Converter Technology for Medium Voltage Applications - Technical Articles<br>https://eepower.com/technical-articles/modular-multi-level-converter-technology-for-medium-voltage-applications/ |

**Claim Chart**

| Claim | Support |
|---|---|
| 38[pre]. An inverter comprising: | To the extent the preamble is limiting, the Accused Products include an "inverter." <br><br> The Accused Products include, for example, grid-scale battery energy storage systems (BESS) including, but not limited to, Fluence Gridstack™, Gridstack Pro™, Ultrastack™, Smartstack™, Sunstack™, and associated Fluence Cube–based multi-inverter BESS platforms. Ex. 1 deployed in power grid and related solutions. <br><br> As their product specifications indicate, these platforms incorporate modular multilevel converter architectures which function as, and/or contain, the claimed inverters. Ex. 1; Ex. 3. Specific, non-limiting examples of these accused grid-scale BESS deployments include the Luna and Lancaster Area Battery systems. Ex. 2; Ex. 3; Exs. 4-6. <br><br> Specifically, the Accused Products satisfy the preamble because they include a Power Conversion System ("PCS"). The accused PCS integrates and utilizes inverters including, for example, solar PV inverters to facilitate power conversion within the BESS architecture. Ex. 5; Ex. 7; Ex. 8. <br><br> **Energy storage technology** <br><br> At AES, we are proud to be a pioneer and global leader in battery energy storage systems (BESS), collaborating with partners worldwide to deploy award-winning battery systems that enhance grid reliability, flexibility and resiliency. We developed the world's first utility-scale lithium-ion BESS and in 2009 installed the first commercial aplication of this technology, in Chile. <br><br> Ex. 1. <br><br> Such grid-scale battery energy storage systems include, for example, the Luna and Lancaster Area Battery systems. |

2

**ENERGY STORAGE IN CALIFORNIA**

# Luna and LAB energy storage

● OPERATIONAL

Energy storage is the bridge between a resilient power grid and our clean energy future. Now fully operational, AES' Luna and Lancaster Area Battery (LAB) energy storage facilities are helping California achieve both objectives.

Ex. 2.

ARLINGTON, Va., Oct. 11, 2022 (GLOBE NEWSWIRE) -- Fluence Energy, Inc. ("Fluence" or the "Company") (NASDAQ: FLNC), a leading global provider of energy storage products and services, and cloud-based software for renewables and storage, today announced the commercial operation of a combined 908 MWh battery-based energy storage system complex. Located in Lancaster, California, The AES Corporation projects include the 100 MW / 400 MWh Luna Battery Storage Project and 127 MW / 508 MWh Lancaster Area Battery (LAB) energy storage system comprising one of the largest energy storage complexes operating in California or around the world.

Ex. 3.

Both projects use Fluence's Gridstack™ grid-scale, industrial-strength energy storage product incorporating the Company's sixth generation technology and more than 14 years of design and deployment experience.

Ex. 3.

3

## About Gridstack

Gridstack's industrial-strength design is built for the most demanding applications including Flexible Peaking Capacity, Frequency Regulation, Renewable Integration, T&D Enhancement, and more. The system is highly configurable to meet your specific operational requirements and can be cost-effectively augmented over time to maximize asset value..

## About Sunstack

Sunstack improves and expands the capabilities of photovoltaic (PV) solar generation by optimizing solar capture and delivery, enabling solar facilities to sell up to 50% more solar energy per site. The Sunstack system architecture unites batteries and PV on the same side of the DC bus in order to take advantage of higher PV-to-inverter ratios, maximize solar yield, and simplify the interconnection process.

Sunstack includes all power conversion and controls needed to send solar energy to the grid or to store it for delivery later. Built using our 6th generation technology stack, Sunstack incorporates more than 3 years of design and deployment experience.

## About Sunflex

The Fluence SunFlex Energy Storage platform improves and expands the capabilities of photovoltaic (PV) solar generation by optimizing solar capture and delivery, enabling solar facilities to sell up to 50% more solar energy per site. The SunFlex architecture unites the batteries and PV on the same side of the DC bus in order to take advantage of higher PV-to-inverter ratios and maximize solar yield. SunFlex Energy Storage builds upon the Fluence team's 10+ years of energy storage experience and the controls and architectural principles of industry-leading platforms Advancion® and Siestorage®.

Exs. 4-6.

The Accused Products use/have a PCS that includes, for example, solar PV inverters.

4

## Sunstack System

| | | | | |
|---|---|---|---|---|
| **Power Conversion** | 500 kW DC/DC converters + solar PV inverter | | **Seismic Rating** | Seismic options available |
| **Rated AC Power (50°C)** | 2 MW – 500+ MW | | **System Response Time** | Max capacity change in 1,000 ms |
| **Discharge Duration** | 1 – 4 hours | | **Max DC Voltage (open circuit)** | 1,500Vdc |
| **Grid Frequency** | 50Hz and 60Hz | | **MPPT Min DC Voltage** | 849Vdc |
| **Reactive Power** | Four-quadrant control, 0.9 leading to 0.9 lagging at rated power (reactive capability available over full real power range)* | | **PV Inputs** | Up to 36 |
| | | | **Max PV Short Circuit** | ≥8kA |
| **Availability** | >97.0% | | **Standard Temperature Range** | -30°C to 45°C ** |
| **Altitude** | De-rated over 1,000 meters | | | |

Ex. 5.

5



Ex. 7.

## What are Inverters?

An inverter is one of the most important pieces of equipment in a solar energy system. It's a device that converts direct current (DC) electricity, which is what a solar panel generates, to alternating current (AC) electricity, which the electrical grid uses. In DC, electricity is maintained at constant voltage in one direction. In AC, electricity flows in both directions in the circuit as the voltage changes from positive to negative. Inverters are just one example of a class of devices called power electronics that regulate the flow of electrical power.

Ex. 8.

| | |
|---|---|
| 38[a]. a direct current (DC) bus, | The Accused Products include an inverter that includes a direct current (DC) bus. Specifically, the Power Conversion Systems ("PCS") within the Accused Products contain inverters that connect to, and/or integrate, a DC bus to receive DC power from the battery arrays. For example, Fluence technical documentation demonstrates that products such as the Sunstack™ incorporate a DC-DC bus within their power conversion architectures to interface with the inverters. Ex. 5.<br><br>Furthermore, Fluence implements and directs the use of "DC coupled, co-located" installations in the Accused Products. Fluence explicitly identifies these configurations as having a "DC bus." Ex. 9. As deployed by AES and supplied by Fluence, the Accused Products utilize this DC bus structure to route power to the claimed inverter.<br><br>**Sunstack System**<br><br>| | | | |<br>|---|---|---|---|<br>| **Power Conversion** | 500 kW DC/DC converters + solar PV inverter | **Seismic Rating** | Seismic options available |<br>| **Rated AC Power (50°C)** | 2 MW – 500+ MW | **System Response Time** | Max capacity change in 1,000 ms |<br>| **Discharge Duration** | 1 – 4 hours | **Max DC Voltage (open circuit)** | 1,500Vdc |<br>| **Grid Frequency** | 50Hz and 60Hz | **MPPT Min DC Voltage** | 849Vdc |<br>| **Reactive Power** | Four-quadrant control, 0.9 leading to 0.9 lagging at rated power (reactive capability available over full real power range)* | **PV Inputs** | Up to 36 |<br>| | | **Max PV Short Circuit** | ≥8kA |<br>| **Availability** | >97.0% | **Standard Temperature Range** | -30°C to 45°C ** |<br>| **Altitude** | De-rated over 1,000 meters | | |<br><br>Ex. 5. Fluence describes "DC coupled, co-located" installations as having a "DC bus" and identifies that configuration as "the optimal system configuration." *See* Ex. 9 |

- **DC coupled, co-located:** The solar and energy storage are located at the same site and share the same interconnection. In addition, they are connected on the same DC bus and use the same inverter. They can be dispatched together as a single facility.



*Id.*

| 38[b]. an input converter electrically coupled to the DC bus, the input converter comprising (i) a transformer having a primary winding and a secondary winding, (ii) a first inverter circuit electrically coupled to the primary winding and | The Accused Products include an input converter electrically coupled to the DC bus. Specifically, the Accused Products include a core DC-DC stage—implemented as a dual-active bridge topology—that functions as the claimed input converter.<br><br>Fluence's technical documentation detailing the architecture of the Accused Products corroborates this structural arrangement in the Accused Products. And Fluence's patent publications further confirm this arrangement. Exhibit 10 (a Fluence patent publication directed to the MMC topology and submodule architecture utilized in the Gridstack™ product) shows that this input converter includes the following sub-limitations:<br><br>(i)    The Accused Products include transformers (e.g., 425A and 425B) having primary and secondary windings, which provide galvanic isolation and voltage stepping within the architecture. Ex. 10, Fig. 4; ¶¶ [0044]-[0045].<br><br>(ii)    The Accused Products include a first inverter circuit, implemented as full-bridge circuits (e.g., 410A-B), electrically coupled to the primary winding. These full-bridge circuits convert an input DC waveform from the battery into a high-frequency first AC waveform (e.g., a square-wave generated via complementary pulse driving and phase-shift modulation) |

| configured to convert an input DC waveform to a first alternating current (AC) waveform at the primary winding, the transformer being configured to convert the first AC waveform to a second AC waveform, and (iii) a rectifier circuit electrically coupled to the secondary winding and the DC bus, the rectifier circuit being configured to rectify the second AC waveform to produce a second DC waveform on the DC bus; | | at the primary winding. The transformers then convert this first AC waveform to a second AC waveform at the secondary winding. Ex. 10, Fig. 4; ¶ [0044]-[0045]; ¶ [0053]. |
|---|---|---|
| | (iii) | The Accused Products include a rectifier circuit (rectification and post-processing circuitry) electrically coupled to the secondary winding and the DC bus. This circuitry rectifies the second AC waveform to produce a stabilized second DC waveform on the DC bus, which feeds the main modular multilevel converter (MMC) and enables bidirectional, low-loss power transfer. Ex. 10, Fig. 4. |

9



*FIG. 4*

| | |
|---|---|
| | Ex. 10, Fig. 4. Fluence's core converters in Gridstack™/Ultrastack™ platforms—use full bridges (410A-B) to generate high-frequency square-wave AC from battery DC; transformers (425A-B) for isolation/stepping; architecture yielding rectified high-voltage DC bus output, enabling AES's bidirectional low-loss battery-to-bus transfer for grid stability/arbitrage in U.S. projects. *See id.* ¶ [0044]-[0045] ("dual-active bridge... full-bridges 410A-B... complimentary square-wave pulses" producing "intermediary alternating current 452"; phase-shifting for power flow); ¶ [0053] ("full bridge 410A converts... to square wave waveform 420B"); Fig. 4 (transformers/bridges outputting to DC bus with rectification/stabilization). |
| 38[c]. an output converter electrically coupled to the DC bus, the output converter comprising a second inverter circuit electrically coupled to the DC bus and configured to convert the second DC waveform to an output AC waveform suitable for delivery to an AC grid; and | The Accused Products use/have an output converter electrically coupled to the DC bus, the output converter comprising a second inverter circuit electrically coupled to the DC bus and configured to convert the second DC waveform to an output AC waveform suitable for delivery to an AC grid. The Accused Products include distributed submodule-based second inverter circuits converting the second (high-voltage) DC waveform to a precise low-frequency sinusoidal output AC waveform suitable for direct grid delivery and full four-quadrant services. For example, the MMC in Gridstack™, Gridstack Pro™, and Ultrastack™ products include submodule switching (second inverter circuits) to synthesize precise 60 Hz AC from DC bus, enabling frequency regulation, voltage support, and reactive modulation. Ex. 4; Ex. 7.<br><br>## Gridstack™ Specifications<br><br>### Gridstack System<br><br>| | | | |<br>|---|---|---|---|<br>| **Rated AC Power (50°C)** | 2 MW – 500+ MW | **Availability** | >97.0% |<br>| **Discharge Duration** | 1 – 6+ hours | **Altitude** | De-rated over 1,000 meters |<br>| **Grid Frequency** | 50Hz and 60Hz | **Seismic Rating** | Seismic options available |<br>| **Reactive Power** | Four-quadrant control, 0.9 leading to 0.9 lagging at rated power (reactive capability available over full real power range)[*] | **System Response Time** | Down to 150 ms |<br>| | | **Standard Temperature Range** | -30°C to 45°C |<br><br>Ex. 4. |

11



Ex. 7.

Fluence's technical documentation detailing the architecture of the Accused Products corroborates this structural arrangement in the Accused Products. As one example, Exhibit 10 (a Fluence patent publication directed to the MMC topology and submodule architecture utilized in the Gridstack™ product) includes an output converter that includes a second inverter circuit electrically coupled to the DC bus and configured to convert the second DC waveform to an output AC waveform suitable for delivery to an AC grid. Converter legs 499A, 499B, and 499C include the second inverter and convert the second DC waveform 420C to the AC waveform 420D for delivery to the grid. Ex. 10, Fig. 4.

12



*FIG. 4*

Ex. 10, Fig. 4.



- **DC coupled, co-located:** The solar and energy storage are located at the same site and share the same interconnection. In addition, they are connected on the same DC bus and use the same inverter. They can be dispatched together as a single facility.

Finally, Fluence describes "DC coupled, co-located" installations as having a "DC bus" and an inverter outputting an AC waveform to the AC grid. *See* Ex. 9.

| 38[d]. an active filter electrically coupled to the DC bus to reduce a double-frequency ripple power of the second DC waveform by supplying power to and absorbing power | The Accused Products include an active filter electrically coupled to the DC bus. Specifically, within the Accused Products (including the Gridstack™ and Ultrastack™ platforms deployed at the Luna and Lancaster sites), the MMC topologies utilize distributed submodule energy management and capacitor buffering architectures that function as the claimed active filter.<br><br>During standard operation, specifically when the Accused Products are delivering AC power and providing precise real/reactive modulation and grid resiliency services (e.g., IEEE 1547-compliant operations), a double-line-frequency ripple power is inherently generated and reflected onto the DC bus. The distributed submodule architecture actively filters and reduces this double-frequency ripple power of the second DC waveform. Ex. 7; Ex. 10. |

14

| | |
|---|---|
| from DC power bus to maintain a bus voltage to track a desired bus voltage signal, | The active filter reduces this ripple by actively supplying power to, and absorbing power from, the DC power bus via coordinated switching of the submodule capacitors. This continuous supply and absorption mechanism ensures stable DC bus performance, thereby maintaining the bus voltage to accurately track a desired bus voltage signal.<br><br>The physical operation of this active filtering mechanism within the Accused Products is corroborated by Fluence's technical documentation and its patent application detailing the Gridstack™ product architecture. This documentation explicitly discloses the use of distributed active energy control and submodule capacitor buffering to suppress double-frequency ripple, maintain bus voltage, and manage power flow on the DC bus. Ex. 10, ¶ [0050], ¶¶ [0063]-[0064]. |
| 38[e]. wherein the active filter comprises a switching circuit coupled to an energy storage device. | The Accused Products satisfy this limitation. Specifically, the Accused Products (including, for example, the Fluence Gridstack™ platforms) contain an active filter implemented via Modular Multilevel Converter (MMC) main/core submodules configured to actively filter ripple, buffer energy, and stabilize the bus. Within these active filter submodules, the Accused Products include a switching circuit (including half-bridge or full-bridge switches utilized for insertion and bypass operations) that is directly coupled to an energy storage device (submodule capacitors).<br><br>Fluence's technical documentation detailing the architecture of the Accused Products corroborates this structural arrangement in the Accused Products. For example, Exhibit 10 (a Fluence patent publication directed to the MMC topology and submodule architecture utilized in the Gridstack™ product) illustrates this exact topology. Exhibit 10 discloses submodules (e.g., 476A-Z, 477A-Z, 478A-Z, 479A-Z, 480A-Z) operating as the claimed active filter, wherein switching circuits are coupled to capacitors to control energy flow. *See* Ex. 10 at ¶¶ [0049], [0063], and Fig. 4. *See also* Ex. 11 ("A typical MMC comprises many sub-modules (also known as cells) connected together into chain-links to form, together with arm inductors, the phase arms. . . .") ("The half bridge sub-module is cheaper, containing two switches rather than four, but lacks the ability to block some fault currents. On the other hand, the full bridge sub-module is able to generate negative voltages at the AC terminals. . . ."). |

15



**FIG. 4**