# EXHIBIT 7

## Claim Chart – US Patent 8842454 vs. AES and Fluence

| Exhibit(s) | URL / Citation |
|---|---|
| Exhibit 1 | AES' Battery Storage: Clean Energy & Grid Resilience<br>https://www.aes.com/energy-solutions/technology/energy-storage |
| Exhibit 2 | Luna and LAB Energy Storage \| AES<br>https://www.aes.com/sustainability-impact/people-communities/projects/luna-and-lab-energy-storage |
| Exhibit 3 | Fluence Ecosystem Supplies 908 MWh Battery-Based Energy Storage Complex in California \| Fluence<br>https://ir.fluenceenergy.com/news-releases/news-release-details/fluence-ecosystem-supplies-908-mwh-battery-based-energy-storage |
| Exhibit 4 | Gridstack Tech Spec.pdf<br>https://info.fluenceenergy.com/hubfs/Collateral/Gen6/Gridstack%20Tech%20Spec.pdf |
| Exhibit 5 | Sunstack-Tech-Spec.pdf<br>https://cdn.enfsolar.com/z/pp/z3dxgqgu5g7v3/Sunstack-Tech-Spec.pdf |
| Exhibit 6 | Fluence Tech Spec - SunFlex Energy Storage_TS-001-02-EN.pdf<br>https://info.fluenceenergy.com/hubfs/Collateral/Fluence%20Tech%20Spec%20-%20SunFlex%20Energy%20Storage_TS-001-02-EN.pdf |
| Exhibit 7 | 371851 FLUENCE ENERGY REV1_Proof_FiNAL_TD.pdf<br>https://ir.fluenceenergy.com/static-files/828e9b43-59a5-49aa-8df9-5e915b80bfa9 |
| Exhibit 8 | Gridstack Tech Spec.pdf<br>https://info.fluenceenergy.com/hubfs/Collateral/Gen6/Gridstack%20Tech%20Spec.pdf |
| Exhibit 9 | Solar Integration: Inverters and Grid Services Basics \| Department of Energy<br>https://www.energy.gov/cmei/systems/solar-integration-inverters-and-grid-services-basics |
| Exhibit 10 | Fluence to Deliver Grid-Forming Energy Storage System for AGL's Broken Hill Project<br>https://ir.fluenceenergy.com/node/7136/pdf |
| Exhibit 11 | A battery for hire: AC vs. DC coupling for solar + energy storage projects<br>https://blog.fluenceenergy.com/energy-storage-ac-dc-coupled-solar |
| Exhibit 12 | Less Than a Year after Introduction, Fluence's Sixth-Generation Technology Is in the Field<br>https://blog.fluenceenergy.com/fluence-sixth-generation-energy-storage-technology-deployed |
| Exhibit 13 | Revolutionizing Energy Storage Deployment with Gridstack™ – Dorce<br>https://www.dorce.com/revolutionizing-energy-storage-deployment-with-gridstack/ |
| Exhibit 14 | Fluence launches highly-modular 7.5 MWh AC-based BESS platform - Energy Storage<br>https://www.ess-news.com/2025/02/14/fluence-launches-highly-modular-7-5-mwh-ac-based-bess-platform/ |
| Exhibit 15 | U.S. Patent Pub. No. 2024/0322707 A1 |

1

| Exhibit 16 | Safe, simple, scalable energy storage technology and systems \| Fluence<br>https://fluenceenergy.com/energy-storage-technology/ |
|---|---|
| Exhibit 17 | Fluence OS Tech Spec.pdf<br>https://info.fluenceenergy.com/hubfs/Collateral/Fluence%20OS%20Tech%20Spec.pdf |
| Exhibit 18 | Fluence OS - Architecture One Pager_BR-025-01-EN.pdf<br>https://info.fluenceenergy.com/hubfs/Fluence%20OS%20-%20Architecture%20One%20Pager_BR-025-01-EN.pdf?hsLang=en |
| Exhibit 19 | tm2120236-13_424b4 - none - 37.0471024s<br>https://www.sec.gov/Archives/edgar/data/1868941/000110465921131847/tm2120236-13_424b4.htm |
| Exhibit 20 | Fluence OS Overview_BR-024-01-EN.pdf<br>https://info.fluenceenergy.com/hubfs/Fluence%20OS%20Overview_BR-024-01-EN.pdf |
| Exhibit 21 | A battery for hire: AC vs. DC coupling for solar + energy storage projects<br>https://blog.fluenceenergy.com/energy-storage-ac-dc-coupled-solar |

**Claim Chart**

| Claim | Support |
|---|---|
| 1[pre]. An apparatus to deliver alternating current (AC) power, the apparatus comprising: | To the extent the preamble is construed as limiting, the Accused Products meet the preamble. The Accused Products each include an apparatus configured to deliver alternating current (AC) power. <br><br> The Accused Products include, but are not limited to, grid-scale battery energy storage systems ('BESS') deployed, operated, controlled, or maintained by or on behalf of AES Corporation within the United States. This includes, without limitation, systems manufactured, integrated, or supplied by Fluence Energy—such as the Fluence Gridstack™, Gridstack Pro™, Ultrastack™, Smartstack™, Sunstack™, and associated Fluence Cube–based multi-inverter BESS platforms that incorporate modular multilevel converter architectures. By way of example, such Accused Products include, but are not limited to, the Luna Storage system and the Lancaster Area Battery ('LAB') system. (Exs. 1-4, 6). <br><br> # Energy storage technology <br><br> At AES, we are proud to be a pioneer and global leader in battery energy storage systems (BESS), collaborating with partners worldwide to deploy award-winning battery systems that enhance grid reliability, flexibility and resiliency. We developed the world's first utility-scale lithium-ion BESS and in 2009 installed the first commercial aplication of this technology, in Chile. <br><br> Ex. 1. |

3

---

**ENERGY STORAGE IN CALIFORNIA**

# Luna and LAB energy storage

● OPERATIONAL

Energy storage is the bridge between a resilient power grid and our clean energy future. Now fully operational, AES' Luna and Lancaster Area Battery (LAB) energy storage facilities are helping California achieve both objectives.

---

Ex. 2.

---

ARLINGTON, Va., Oct. 11, 2022 (GLOBE NEWSWIRE) -- Fluence Energy, Inc. ("Fluence" or the "Company") (NASDAQ: FLNC), a leading global provider of energy storage products and services, and cloud-based software for renewables and storage, today announced the commercial operation of a combined 908 MWh battery-based energy storage system complex. Located in Lancaster, California, The AES Corporation projects include the 100 MW / 400 MWh Luna Battery Storage Project and 127 MW / 508 MWh Lancaster Area Battery (LAB) energy storage system comprising one of the largest energy storage complexes operating in California or around the world.

---

Ex. 3.

---

Both projects use Fluence's Gridstack™ grid-scale, industrial-strength energy storage product incorporating the Company's sixth generation technology and more than 14 years of design and deployment experience.

---

Ex. 3.

4

## About Sunstack

Sunstack improves and expands the capabilities of photovoltaic (PV) solar generation by optimizing solar capture and delivery, enabling solar facilities to sell up to 50% more solar energy per site. The Sunstack system architecture unites batteries and PV on the same side of the DC bus in order to take advantage of higher PV-to-inverter ratios, maximize solar yield, and simplify the interconnection process.

Sunstack includes all power conversion and controls needed to send solar energy to the grid or to store it for delivery later. Built using our 6th generation technology stack, Sunstack incorporates more than 3 years of design and deployment experience.

## About Gridstack

Gridstack's industrial-strength design is built for the most demanding applications including Flexible Peaking Capacity, Frequency Regulation, Renewable Integration, T&D Enhancement, and more. The system is highly configurable to meet your specific operational requirements and can be cost-effectively augmented over time to maximize asset value..

## About Sunflex

The Fluence SunFlex Energy Storage platform improves and expands the capabilities of photovoltaic (PV) solar generation by optimizing solar capture and delivery, enabling solar facilities to sell up to 50% more solar energy per site. The SunFlex architecture unites the batteries and PV on the same side of the DC bus in order to take advantage of higher PV-to-inverter ratios and maximize solar yield. SunFlex Energy Storage builds upon the Fluence team's 10+ years of energy storage experience and the controls and architectural principles of industry-leading platforms Advancion® and Siestorage®.

Exs. 4-6.

The Accused Products are battery energy storage systems that discharge stored electrical energy by delivering alternating current (AC) power to the electrical grid and/or local electrical loads. For example, the Luna Storage and LAB systems deliver AC power to the grid during periods of high demand. *See* Ex. 2. Similarly, the Eleven Mile Solar Center system includes an apparatus supplied by Fluence that delivers AC power to a nearby data center, while also delivering surplus AC power to support the local utility grid. *See* Ex. 7.

5

The technical specifications for the Accused Products explicitly confirm their configuration and capacity to deliver AC power. *See, e.g.*, Ex. 8 (detailing AC power output specifications for the Accused Products); Ex. 5 (detailing AC power specifications).

## Gridstack™ Specifications

### Gridstack System

| | | | |
|---|---|---|---|
| Rated AC Power (50°C) | 2 MW – 500+ MW | Availability | >97.0% |
| Discharge Duration | 1 – 6+ hours | Altitude | De-rated over 1,000 meters |
| Grid Frequency | 50Hz and 60Hz | Seismic Rating | Seismic options available |
| Reactive Power | Four-quadrant control, 0.9 leading to 0.9 lagging at rated power (reactive capability available over full real power range)* | System Response Time | Down to 150 ms |
| | | Standard Temperature Range | -30°C to 45°C |

Ex. 8 (identifying AC power specifications).

### Sunstack System

| | | | |
|---|---|---|---|
| Power Conversion | 500 kW DC/DC converters + solar PV inverter | Seismic Rating | Seismic options available |
| Rated AC Power (50°C) | 2 MW – 500+ MW | System Response Time | Max capacity change in 1,000 ms |
| Discharge Duration | 1 – 4 hours | Max DC Voltage (open circuit) | 1,500Vdc |
| Grid Frequency | 50Hz and 60Hz | MPPT Min DC Voltage | 849Vdc |
| Reactive Power | Four-quadrant control, 0.9 leading to 0.9 lagging at rated power (reactive capability available over full real power range)* | PV Inputs | Up to 36 |
| | | Max PV Short Circuit | ≥8kA |
| Availability | >97.0% | Standard Temperature Range | -30°C to 45°C ** |
| Altitude | De-rated over 1,000 meters | | |

| | |
|---|---|
| | *See* Ex. 5 (identifying AC power specifications). |
| 1[a]. a plurality of inverters configured to receive direct current (DC) power from a respective DC power source and respectively provide AC power to an AC load; | The Accused Products include a plurality of inverters configured to receive direct current (DC) power from a respective DC power source and respectively provide AC power to an AC load. An inverter converts DC power to AC power. |

**What are Inverters?**

An inverter is one of the most important pieces of equipment in a solar energy system. It's a device that converts direct current (DC) electricity, which is what a solar panel generates, to alternating current (AC) electricity, which the electrical grid uses. In DC, electricity is maintained at constant voltage in one direction. In AC, electricity flows in both directions in the circuit as the voltage changes from positive to negative. Inverters are just one example of a class of devices called power electronics that regulate the flow of electrical power.

Ex. 9.

The Accused Products include inverters to convert the DC power from battery storage and/or solar cells to AC power. *See* Exhs. 1-7. For example, multiple Gridstack or Sunstack systems can be utilized in the same system, each coupled to one or more inverters.

7

# Gridstack™ Specifications

## Gridstack System

| | | | | |
|---|---|---|---|---|
| **Rated AC Power (50°C)** | 2 MW – 500+ MW | | **Availability** | >97.0% |
| **Discharge Duration** | 1 – 6+ hours | | **Altitude** | De-rated over 1,000 meters |
| **Grid Frequency** | 50Hz and 60Hz | | **Seismic Rating** | Seismic options available |
| **Reactive Power** | Four-quadrant control, 0.9 leading to 0.9 lagging at rated power (reactive capability available over full real power range)* | | **System Response Time** | Down to 150 ms |
| | | | **Standard Temperature Range** | -30°C to 45°C |

Ex. 8.

## Sunstack System

| | | | | |
|---|---|---|---|---|
| **Power Conversion** | 500 kW DC/DC converters + solar PV inverter | | **Seismic Rating** | Seismic options available |
| **Rated AC Power (50°C)** | 2 MW – 500+ MW | | **System Response Time** | Max capacity change in 1,000 ms |
| **Discharge Duration** | 1 – 4 hours | | **Max DC Voltage (open circuit)** | 1,500Vdc |
| **Grid Frequency** | 50Hz and 60Hz | | **MPPT Min DC Voltage** | 849Vdc |
| **Reactive Power** | Four-quadrant control, 0.9 leading to 0.9 lagging at rated power (reactive capability available over full real power range)* | | **PV Inputs** | Up to 36 |
| | | | **Max PV Short Circuit** | ≥8kA |
| **Availability** | >97.0% | | **Standard Temperature Range** | -30°C to 45°C ** |
| **Altitude** | De-rated over 1,000 meters | | | |

Ex. 5 (describing solar PV inverter).

8

In another example, shown below, Fluence describes the use of a plurality of inverters combined with the Gridstack product at the AGL Broken Hill Project.

MELBOURNE, Australia, March 24, 2022 (GLOBE NEWSWIRE) -- Fluence (NASDAQ: FLNC), a global market leader in energy storage products and services and digital applications for renewables and storage announced today that it has been chosen by AGL to deliver a 50 MW / 50 MWh energy storage system with advanced grid-forming capabilities for Broken Hill Battery Energy Storage System, an ARENA-funded battery project.

**The Fluence Gridstack Energy Storage System**



The project will use Fluence's Gridstack™ product and contribute to AGL's planned 850 MW national battery rollout and demonstrate the capability of latest inverter technology to support stable operation in areas of low system strength. The effective partnership between AGL, ARENA, UNSW and Fluence has enabled the first system of this level of complexity, which will provide a range of system security and reliability services to the grid at Broken Hill.

Fluence to deliver a 50 MW / 50 MWh Gridstack energy storage system to AGL.

Unlike grid-following or other grid-forming energy storage systems in Australia's National Electricity Market (NEM), AGL's Broken Hill energy storage system will start and remain in grid-forming mode, with all inverters operating as a voltage source. The system will inherently resist changes in voltage and frequency on the grid and provide synthetic inertia, also known as Virtual Synchronous Machine (VSM) mode, and fault current contribution, along with standard energy storage services like FCAS, FFR and PFR. The project will also provide storage and firming capacity to the NEM and may assist AEMO to connect other inverter-based renewables nearby, supporting the West Murray region.

Ex. 10.

Fluence documentation further describes the use of multiple inverters in a single system:

9

- **AC coupled, co-located:** The solar and energy storage are located at the same site and either share a single point of interconnection to the grid or have two separate interconnections. However, the solar and storage systems are connected to separate inverters, and the energy storage is sited next to the solar generation. They can be dispatched together or independently.



Ex. 11.

| | AC | DC |
|---|:---:|:---:|
| Separate dedicated inverters for solar elements and energy storage elements of the project | X | |
| Increased amount of PV energy that can be delivered through same interconnection | | X |
| Eliminates one set of MV switch gear, transformers, and inverters for interconnection | | X |
| Can store energy generated by the solar project or from the grid | X | X |
| Simplified interconnection process due to single inverter | | X |
| Eligible for ITC (must demonstrate battery is mainly charged is from PV for first 5 years) | X | X |
| Takes advantage of solar project DC / AC ratio oversize to charge storage system | | X |
| Use cases<br>1. Grid Stability<br>2. T&D deferral<br>3. Renewable Plant Stability<br>4. Renewable Firm Energy<br>5. Ancillary Services<br>6. Energy Cost Control<br>7. Critical Power | All | All |

*Id.*

11



Ex. 17.

Specifically, AES-operated Fluence Gridstack™ systems utilize a plurality of inverters housed within power conversion system (PCS) units. The systems are constructed from multiple modular building blocks (e.g., Fluence Cubes), each containing lithium-ion battery cells that operate as a respective DC power source. Each inverter in the PCS unit is configured to receive direct current (DC) power supplied from these corresponding modular battery systems. *See* Ex. 12; *see also* Ex. 13. Operating together within a Gridstack™ deployment, this plurality of inverters converts the received DC power to respectively provide AC power to a shared AC collection system and onward to an electric grid or microgrid at the point of interconnection, which satisfies the claimed AC load. *See* Ex. 14.

| | |
|---|---|
| 1[b]. a primary controller configured to generate a primary control signal based on total AC current | The Accused Products include a primary controller (e.g., the Fluence Power Plant Controller (PPC) and/or Site Controller running Fluence OS). The PPC acts as the centralized coordinator for the energy storage facility and is configured to generate a primary control signal (e.g., real and reactive power dispatch commands) to manage the operation of the underlying inverters. Crucially, the PPC generates these control signals based on total AC current and total AC voltage being delivered to the AC load by the plurality of inverters. Specifically, the Fluence OS relies on continuous feedback and measurement of the aggregated electrical conditions (i.e., |

| | |
|---|---|
| and total AC voltage being delivered to the AC load by the plurality of inverters; and | total voltage and total current) at the point of interconnection (POI) or shared AC bus (the AC load) to dictate how the plurality of inverters must respond to deliver requested grid services, such as voltage regulation and peak shaving. *See* Ex. 16.<br><br><br><br>Ex. 17. |

13

Fluence's controls architecture can be optimized around the speed of response or to add additional system redundancy. Three main supervisory control layers coordinate the efficient dispatch of storage resources across the system.

At the top is the singular array controls layer, which serves as the collection point of system operating and telemetry data. It contains the embedded MDU application logic based on specific market or grid services to integrate external signals and coordinate system dispatch. The array controller allocates dispatch signals to cores based on their charge level (i.e., discharge commands are biased to cores with higher stored energy, and charge commands toward cores with lower stored energy). Below this layer, operating parameters and constraints are continuously communicated throughout the system architecture (array ↔ core, core ↔ node, and node ↔ cube).

Fluence OS integrates with standard communication protocols, including Modbus TCP, DNP3, and IEC104. Alternative protocol conversion is available on a case-by-case basis.

Ex. 18.

14



Ex. 18. "Fluence OS controls software enables Fluence energy storage products to deliver critical grid services such as primary frequency regulation, secondary frequency response, fast frequency response, peak shaving, voltage regulation, power factor regulation, non-spinning reserves, capacity peak power, solar energy time-shifting, firm solar export, energy arbitrage, and more. Fluence also delivers stacking of grid services, allowing storage assets to perform multiple services simultaneously and increase revenue-generating opportunities." Ex. 19.



Ex. 20.

Fluence's technical documentation detailing the architecture of the Accused Products corroborates this structural arrangement in the Accused Products. As one example, Exhibit 10 (a Fluence patent publication directed to the MMC topology and submodule architecture utilized in the Gridstack™ product) explicitly discloses a primary controller—identified as a 'storage dispatch unit 105'—that is configured to generate a primary control signal based on total AC current and total AC voltage being delivered to the AC load by the plurality of inverters. *See also* Ex. 15, ¶ [0028] ("Generally, the battery modules 110A-N of the battery energy storage system 100 connected to the main MMC 104 operate in concert: either providing power to the external grid 113 and discharging, or receiving power from the external grid 113 and charging. This concerted effort is coordinated by a storage dispatch unit 105..."), ¶ [0027] ("The main MMC 104 can facilitate normalizing input or output wattage or voltage, in order to provide consistent output and protect the battery modules 110A-N or external grid 113 from damage. The main MMC 104 may perform this normalization in concert with a storage dispatch unit 105. The storage dispatch unit 105 can also communicate with and control the main DC-DC converter 158 as well as core DC-DC converters 258A-N 558A-N (see FIGS. 4-7 ) in order to adjust electrical output from the battery modules 110A-N, as well as electrical capacity or intake via the DC-DC converter 158 or core DC-DC converters 258A-N 558A-N to the battery modules 110A-N."), ¶ [0050] ("By using submodules 475A-Z with a high granularity... the storage dispatch unit 105 opening and closing submodules 475A-Z can approximate the positive values of a sinusoidal wave... Thus, by using submodules 475A-Z, 478A-Z,

| | |
|---|---|
| | the storage dispatch unit 105 can convert the second direct current 454 into the main alternating current 456."), ¶ [0023] ("The main MMC 104 is configured to standardize power inputs and outputs to and from the battery modules 110A-N. As the battery modules 110A-N provide direct current, the main MMC 104 transforms direct current into alternating current for use by the external grid 113 and normalizes the amperage from the battery modules 110A-N to the external grid 113."), ¶ [0030] ("The battery energy storage system 200 connects to an electrical grid 113, via a main high voltage (HV) bus 251, which is an electrical bus rated and intended for high voltage matching the voltage expected by the electrical grid 113. The main HV bus 251 can allow for multiple battery energy storage systems 200 or power storage or generating facilities to be linked in series or in parallel before connecting to an electrical grid 113 via a point of connection (POC) 254."). |
| 1[c]. a plurality of secondary controllers configured to each receive the primary control signal and produce a respective secondary control signal based on the primary control signal, wherein the respective secondary control signal for each of the plurality of secondary controllers controls a corresponding one of the plurality of inverters to provide the respective AC power. | The Accused Products include a plurality of secondary controllers (e.g., node-level controllers or localized control module boards integrated within the power conversion system (PCS) units). These distributed local controllers are configured to each receive the primary control signal (e.g., the array-level dispatch commands sent from the overarching Fluence OS/Primary Controller). Upon receiving this supervisory command, the local controller processes it to produce a respective secondary control signal based on the primary control signal (e.g., localized pulse-width modulation (PWM) commands or gate-drive switching signals). Crucially, Fluence's distributed architecture dictates a 1-to-1 hardware relationship at the node level, wherein the respective secondary control signal for each of the plurality of secondary controllers controls a corresponding one of the plurality of inverters (i.e., the specific PCS unit or inverter segment it is physically paired with) to orchestrate its specific switching behavior and provide the respective AC power contribution to the shared grid load. |

17



Ex. 17.

18

Fluence's controls architecture can be optimized around the speed of response or to add additional system redundancy. Three main supervisory control layers coordinate the efficient dispatch of storage resources across the system.

At the top is the singular array controls layer, which serves as the collection point of system operating and telemetry data. It contains the embedded MDU application logic based on specific market or grid services to integrate external signals and coordinate system dispatch. The array controller allocates dispatch signals to cores based on their charge level (i.e., discharge commands are biased to cores with higher stored energy, and charge commands toward cores with lower stored energy). Below this layer, operating parameters and constraints are continuously communicated throughout the system architecture (array ↔ core, core ↔ node, and node ↔ cube).

Fluence OS integrates with standard communication protocols, including Modbus TCP, DNP3, and IEC104. Alternative protocol conversion is available on a case-by-case basis.

Ex. 18.



Ex. 18. "Fluence OS controls software enables Fluence energy storage products to deliver critical grid services such as primary frequency regulation, secondary frequency response, fast frequency response, peak shaving, voltage regulation, power factor regulation, non-spinning reserves, capacity peak power, solar energy time-shifting, firm solar export, energy arbitrage, and more. Fluence also delivers stacking of grid services, allowing storage assets to perform multiple services simultaneously and increase revenue-generating opportunities." Ex. 19.



Ex. 20.

Fluence's technical documentation detailing the architecture of the Accused Products corroborates this structural arrangement in the Accused Products. As one example, Exhibit 10 (a Fluence patent publication directed to the MMC topology and submodule architecture utilized in the Gridstack™ product) further evidences this distributed, hierarchical 1-to-1 control. In this architecture, the system relies on a high granularity of 'submodules 475A-Z,' where each submodule utilizes solid-state switches to function as an individual DC-to-AC converter stage (i.e., the plurality of inverters). *See* Ex. 15 at ¶ [0031]. To orchestrate these submodules, the primary controller (storage dispatch unit 105) sends overarching commands (the primary control signal). Localized control logic/circuitry at the submodule level (operating as the plurality of secondary controllers) must each receive the primary control signal to determine proper timing. This local logic then generates precise gate-drive commands (the respective secondary control signal) to open and close the solid-state switches of its specific, dedicated submodule, thereby controlling a corresponding one of the plurality of inverters. *Id.* at ¶¶ [0049], [0053]. By controlling the solid-state switches in this localized 1-to-1 manner, each individual submodule controller is independently "capable of affecting the waveform of the electricity passing through that submodule" (i.e., to provide the respective AC power), allowing the system as a whole to synthesize the aggregated alternating current. *Id.* at ¶¶ [0048], [0050].

21