# EXHIBIT 8

## Claim Chart – US Patent 10516270 vs. AES and Fluence

| Exhibit(s) | URL / Citation |
|---|---|
| Exhibit 1 | AES' Battery Storage: Clean Energy & Grid Resilience |
|  | https://www.aes.com/energy-solutions/technology/energy-storage |
| Exhibit 2 | Luna and LAB Energy Storage \| AES |
|  | https://www.aes.com/sustainability-impact/people-communities/projects/luna-and-lab-energy-storage |
| Exhibit 3 | Fluence Ecosystem Supplies 908 MWh Battery-Based Energy Storage Complex in California \| Fluence |
|  | https://ir.fluenceenergy.com/news-releases/news-release-details/fluence-ecosystem-supplies-908-mwh-battery-based-energy-storage |
| Exhibit 4 | Gridstack Tech Spec.pdf |
|  | https://info.fluenceenergy.com/hubfs/Collateral/Gen6/Gridstack%20Tech%20Spec.pdf |
| Exhibit 5 | Sunstack-Tech-Spec.pdf |
|  | https://cdn.enfsolar.com/z/pp/z3dxgqgu5g7v3/Sunstack-Tech-Spec.pdf |
| Exhibit 6 | Fluence Tech Spec - SunFlex Energy Storage_TS-001-02-EN.pdf |
|  | https://info.fluenceenergy.com/hubfs/Collateral/Fluence%20Tech%20Spec%20-%20SunFlex%20Energy%20Storage_TS-001-02-EN.pdf |
| Exhibit 7 | Fluence OS - Architecture One Pager_BR-025-01-EN.pdf |
|  | https://info.fluenceenergy.com/hubfs/Fluence%20OS%20-%20Architecture%20One%20Pager_BR-025-01-EN.pdf |
| Exhibit 8 | Fluence acquires Advanced Microgrid Solutions' artificial intelligence-driven software and digital intelligence platform |
|  | https://blog.fluenceenergy.com/fluence-acquires-ams-advanced-microgrid-solutions |
| Exhibit 9 | Siemens and Fluence support Madeira's clean energy transition and grid resilience \| Fluence |
|  | https://ir.fluenceenergy.com/news-releases/news-release-details/siemens-and-fluence-support-madeiras-clean-energy-transition-and |
| Exhibit 10 | Deploy Data Center Capacity Faster with Fluence Storage Solutions |
|  | https://fluenceenergy.com/data-center-solution/ |
| Exhibit 11 | Fluence Gridstack Pro_Global_US EN.pdf |
|  | https://info.fluenceenergy.com/hubfs/Fluence%20Gridstack%20Pro_Global_US%20EN.pdf?hsCtaTracking=bfb2018d-bed9-460b-a7f2-40ce77239eed%7Cc929f4f5-0a71-4de0-828e-439063d844b8 |
| Exhibit 12 | Solar Integration: Inverters and Grid Services Basics \| Department of Energy |
|  | https://www.energy.gov/cmei/systems/solar-integration-inverters-and-grid-services-basics |
| Exhibit 13 | IEEE Std 1547-2018, IEEE Standard for Interconnection and Interoperability of Distributed Energy Resources with Associated Electric Power Systems Interfaces |
| Exhibit 14 | Fluence Supports National Grid's Real-Time Balancing with New Suite of Frequency Response Controls Applications |
|  | https://blog.fluenceenergy.com/fluence-supports-national-grid-real-time-balancing-new-suite-frequency-response-controls-applications |
| Exhibit 15 | Fluence OS Overview_BR-024-01-EN.pdf |

1

| | https://info.fluenceenergy.com/hubfs/Fluence%20OS%20Overview_BR-024-01-EN.pdf |
|---|---|
| Exhibit 16 | Fluence OS Tech Spec.pdf |
| | https://info.fluenceenergy.com/hubfs/Collateral/Fluence%20OS%20Tech%20Spec.pdf |
| Exhibit 17 | 10X Thinking: How Super-Fast Energy Storage is Delivering a More Decarbonized Irish Grid |
| | https://blog.fluenceenergy.com/10x-thinking-how-super-fast-energy-storage-delivers-more-decarbonized-irish-grid |

**Claim Chart**

| Claim | Support |
|---|---|
| 1[pre]. A method for autonomously operating a microgrid power generator comprising: | The Accused Products include, but are not limited to, grid-scale battery energy storage systems ("BESS") and associated control products deployed, operated, controlled, or maintained by or on behalf of AES Corporation within the United States. This includes, without limitation, systems manufactured, integrated, or supplied by Fluence Energy—such as, for example, the Fluence Gridstack™, Gridstack Pro™, Ultrastack™, Smartstack™, Sunstack™, and associated Fluence Cube–based multi-inverter platforms governed by Fluence OS. Such systems include, but are not limited to, the Luna Storage system and the Lancaster Area Battery ("LAB") system. See Exs. 1-6.<br><br>To the extent the preamble is construed as limiting, AES and/or the Accused Products perform the claimed preamble. Specifically, the operation of the Accused Products constitutes a method for autonomously operating (e.g., utilizing Fluence OS and associated localized controllers to execute automated dispatch, switching, and power delivery without continuous human intervention) a microgrid power generator (e.g., the battery energy storage systems functioning as localized, dispatchable power generation/storage assets).<br><br>Fluence has deliberately acquired and integrated specialized microgrid control technology into its product suite, including the Fluence OS, to enable this autonomous capability. *See, e.g.*, Exs. 8, 9, 10. When operated by, for example, AES, the Accused Products execute these integrated control methodologies to autonomously manage the dispatch of real and reactive power within utility-scale or microgrid environments. *See* Ex. 7.<br><br>**Energy storage technology**<br><br>At AES, we are proud to be a pioneer and global leader in battery energy storage systems (BESS), collaborating with partners worldwide to deploy award-winning battery systems that enhance grid reliability, flexibility and resiliency. We developed the world's first utility-scale lithium-ion BESS and in 2009 installed the first commercial aplication of this technology, in Chile.<br><br>Ex. 1. |

ENERGY STORAGE IN CALIFORNIA

# Luna and LAB energy storage

● OPERATIONAL

Energy storage is the bridge between a resilient power grid and our clean energy future. Now fully operational, AES' Luna and Lancaster Area Battery (LAB) energy storage facilities are helping California achieve both objectives.

Ex. 2.

ARLINGTON, Va., Oct. 11, 2022 (GLOBE NEWSWIRE) -- Fluence Energy, Inc. ("Fluence" or the "Company") (NASDAQ: FLNC), a leading global provider of energy storage products and services, and cloud-based software for renewables and storage, today announced the commercial operation of a combined 908 MWh battery-based energy storage system complex. Located in Lancaster, California, The AES Corporation projects include the 100 MW / 400 MWh Luna Battery Storage Project and 127 MW / 508 MWh Lancaster Area Battery (LAB) energy storage system comprising one of the largest energy storage complexes operating in California or around the world.

Ex. 3.

Both projects use Fluence's Gridstack™ grid-scale, industrial-strength energy storage product incorporating the Company's sixth generation technology and more than 14 years of design and deployment experience.

Ex. 3.

4

## About Sunstack

Sunstack improves and expands the capabilities of photovoltaic (PV) solar generation by optimizing solar capture and delivery, enabling solar facilities to sell up to 50% more solar energy per site. The Sunstack system architecture unites batteries and PV on the same side of the DC bus in order to take advantage of higher PV-to-inverter ratios, maximize solar yield, and simplify the interconnection process.

Sunstack includes all power conversion and controls needed to send solar energy to the grid or to store it for delivery later. Built using our 6th generation technology stack, Sunstack incorporates more than 3 years of design and deployment experience.

## About Gridstack

Gridstack's industrial-strength design is built for the most demanding applications including Flexible Peaking Capacity, Frequency Regulation, Renewable Integration, T&D Enhancement, and more. The system is highly configurable to meet your specific operational requirements and can be cost-effectively augmented over time to maximize asset value..

## About Sunflex

The Fluence SunFlex Energy Storage platform improves and expands the capabilities of photovoltaic (PV) solar generation by optimizing solar capture and delivery, enabling solar facilities to sell up to 50% more solar energy per site. The SunFlex architecture unites the batteries and PV on the same side of the DC bus in order to take advantage of higher PV-to-inverter ratios and maximize solar yield. SunFlex Energy Storage builds upon the Fluence team's 10+ years of energy storage experience and the controls and architectural principles of industry-leading platforms Advancion® and Siestorage®.

Exs. 4-6.

5



Ex. 7.

Fluence acquired and integrated microgrid control technology into its products, including Fluence OS. *See, e.g.*, Exs. 8 & 9.



**A partner at the intersection of grid and data infrastructure**

| ADVANCED CONTROLS | LOCAL SERVICE TEAMS |
|---|---|
| Fluence OS supports grid forming, microgrids, fast frequency response, droop control, voltage support, and other critical applications. | Dedicated, service teams with operational services providing 99% availability via performance guarantees. |

Ex. 10.

| | |
|---|---|
| 1[a]. obtaining a first measurement of at least one grid parameter of a | The Accused Products, when operating as a power generator in a microgrid (e.g., functioning as a localized, dispatchable power source in grid-forming or islanded modes), perform the step of obtaining a first measurement of at least one grid parameter. Specifically, the Fluence Gridstack Pro™ power conversion system (PCS) and its associated node controllers utilize localized sensors positioned at or near the inverter's alternating current (AC) output terminals. These sensors continuously sample electrical conditions, such as |

| | |
|---|---|
| microgrid transmission line coupled to a power generator in a microgrid; | instantaneous voltage, current, and frequency, which constitute the claimed grid parameter. These locally acquired measurements capture the electrical state of the AC collection system, AC bus, or point of common coupling (PCC), which serves as the microgrid transmission line. Because this transmission line routes the exported power from the PCS to the local load, the transmission line is coupled to a power generator. *See* Exs. 11, 12. |

**PERFORMANCE & SAFETY SPECS**

| | |
|---|---|
| Discharge Duration | 2 hours - 4 hours - 6 hours - 8 hours |
| DC Voltage | Up to 1500V |
| System Response Time | 150ms |
| Round Trip Efficiency | > 87% |
| Availability | > 97% |
| Grid Frequency | 50/60 Hz |
| Seismic Rating | Compliant with IEEE693 High, meets International Building Code (IBC), California Building Code (CBC) requirements per Seismic Design Category (SDC) D, Conforms to ASCE 7-10 standard |
| Operating Temp. range | -20 °C to +50 °C (-4 °F to +122 °F) |
| Certifications | UL/IEC |
| Battery enclosure IP Rating | IP55 |
| Altitude | 2,000 meters (without derating) |
| Thermal Management | Liquid cooled |
| Certifications and Codes | UL1741, UL1741SA/IEEE1547, NFPA68/69/72/855, UL 9540A Cell, Module, Unit |

**SOFTWARE**

| | |
|---|---|
| BMS, System Control and Market Applications | Fluence OS7 |

Ex. 11.

8

Another grid service that some advanced inverters can supply is grid-forming. Grid-forming inverters can start up a grid if it goes down—a process known as black start. Traditional "grid-following" inverters require an outside signal from the electrical grid to determine when the switching will occur in order to produce a sine wave that can be injected into the power grid. In these systems, the power from the grid provides a signal that the inverter tries to match. More advanced grid-forming inverters can generate the signal themselves. For instance, a network of small solar panels might designate one of its inverters to operate in grid-forming mode while the rest follow its lead, like dance partners, forming a stable grid without any turbine-based generation.

Ex. 12.

Furthermore, the Accused Products' compliance with mandatory industry interconnection standards and advanced operational capabilities independently confirms the performance of this step. To satisfy UL 1741 SA/SB and IEEE 1547 standards, the inverter-based systems must continuously sense the external electrical conditions at the PCC. Moreover, Fluence explicitly advertises that the Gridstack Pro™ possesses "grid-forming" capability. To successfully operate as a grid-forming power generator in a microgrid, the system's control logic strictly requires real-time feedback regarding the external grid state. Consequently, the system inherently and necessarily performs the step of obtaining a first measurement of at least one grid parameter (e.g., measuring voltage magnitudes or phase angles) of the microgrid transmission line coupled to the system to safely establish the grid waveform, regulate local frequency, and sustain the microgrid. *See* Ex. 13.

## 4.10.4 Synchronization

The DER shall parallel with the Area EPS without causing step changes in the RMS voltage at the PCC exceeding 3% of nominal when the PCC is at medium voltage, or exceeding 5% of nominal when the PCC is at low voltage.

DER that produce fundamental voltage before connecting to the Area EPS[52] shall not be synchronized outside of the tolerances specified in Table 5.[53, 54] The synchronization limits stated in Table 5 may be waived by the Area EPS operator if paralleling does not exceed the limitation of voltage fluctuations induced by the DER requirements specified in 7.2.

9

**Table 5—Synchronization parameter limits for synchronous interconnection to an EPS, or an energized Local EPS to an energized Area EPS**

| Aggregate rating of DER units (kVA) | Frequency difference ($\Delta f$, Hz) | Voltage difference ($\Delta V$, %) | Phase angle difference ($\Delta\Phi$, °) |
|---|---|---|---|
| 0–500 | 0.3 | 10 | 20 |
| > 500–1 500 | 0.2 | 5 | 15 |
| > 1 500 | 0.1 | 3 | 10 |

Ex. 13.

| | |
|---|---|
| 1[b]. comparing the first measurement to a turn-on threshold; | The Accused Products, governed by the Fluence OS and local node controllers, perform the step of comparing the first measurement to a turn-on threshold. Specifically, the control system continuously evaluates the locally acquired grid parameters (e.g., the measured instantaneous voltage or frequency) against predefined operational limits, deadband boundaries, or activation setpoints programmed into the system. These defined setpoints serve as the claimed turn-on threshold.<br><br>For example, Fluence documentation confirms that the Gridstack Pro™ "monitor[s] grid measurements locally and automatically respond[s] to changes in frequency, power factor, and voltage." *See* Ex. 14. This automated response requires the control logic to actively perform a comparison of the first measurement (e.g., the monitored grid frequency) against a configured trigger value (e.g., the edge of a frequency deadband). If the measured grid parameter deviates beyond this specific limit, the threshold is crossed, triggering the system to turn on its active power regulation, dispatch, or grid-forming balancing actions. Accordingly, the initiation of the system's automated response relies strictly on comparing the first measurement to a turn-on threshold. *See* Exs. 15, 16; *see also* Ex. 13. |

The rapid advancement of battery-based energy storage technology has made it critical to the future of electricity systems. When grids need fast-responding, flexible resources that can deliver full output for minutes to hours, energy storage delivers where synchronous generators cannot. All while operating free from direct greenhouse gas emissions, providing flexibility critical to enabling a low-carbon electricity grid.

As our electric grids replace fossil fuel generators with renewables, grid operators face a historic increase in the number of frequency deviations per year, ultimately resulting in power loss and threatening system health. To meet this challenge, grid operators are creating new frequency response products that support grid balancing and stability.

Ex. 14.



Ex. 15.

## Controls Specifications

**NETWORK AND CYBER SECURITY**
VPN-based remote site access
Multifactor authentication
High grade, 256-bit encryption
Enterprise-class network security
Weekly vulnerability scanning
Data transfer over secure VPN tunnels

**SYSTEM DATA POINTS**
2,000 points collected per Array*
3,000 points collected per Core*

**SOFTWARE USER ROLES**
Observer
Operator
Lead Operator
Administrator

*Approximate, varies by system configuration*

**RTU PROTOCOLS**
Modbus
DNP3
IEC 60870-5-104

**SERVICE MODES**
Automatic Resource Control (ARC)
Manual
Idle
Disconnect
Reset

**DISPATCH APPLICATIONS**
Power Factor Regulation
Voltage Regulation
Primary Frequency Control
Secondary Frequency Control
Peak Shaving
Primary Fast Frequency Response
Non-Spinning Reserve
Renewable Firming
Dynamic VAR Support

Ex. 16; *see also* Ex. 13.

| | |
|---|---|
| 1[c]. initiating, when the first measurement is less than the turn-on threshold, power generation by the power generator; | The Accused Products, governed by the Fluence OS and local node controllers, perform the step of initiating, when the first measurement is less than the turn-on threshold, power generation by the power generator. Specifically, grid-forming and grid-supporting energy storage systems like the Gridstack Pro™ are configured to autonomously respond to grid contingencies, such as under-frequency or under-voltage events. When the local control system determines through its comparison (as described in element 1[b]) that the monitored first measurement (e.g., the instantaneous grid frequency or voltage) has dropped below (*i.e.*, is less than) the programmed activation setpoint or lower deadband boundary (the turn-on threshold), it triggers a corrective response. |
| | To stabilize the microgrid, the control system commands the Gridstack Pro™ inverters to immediately discharge stored battery energy, injecting real and/or reactive power into the microgrid transmission line/PCC. Because the Accused Products are acting as dispatchable energy resources, this active discharging of power into the grid constitutes "initiating… power generation by the power generator." For example, Fluence's documentation confirms that its systems automatically execute frequency response and voltage regulation by "monitor[ing] grid measurements locally." *See* Ex. 14; *see also* Exs. 15, 16. To successfully correct these sags in frequency or voltage, the system inherently and necessarily initiates the generation and export of power precisely when the measured grid parameters fall below acceptable operational limits. *See* Ex. 13. |

13

> The rapid advancement of battery-based energy storage technology has made it critical to the future of electricity systems. When grids need fast-responding, flexible resources that can deliver full output for minutes to hours, energy storage delivers where synchronous generators cannot. All while operating free from direct greenhouse gas emissions, providing flexibility critical to enabling a low-carbon electricity grid.
>
> As our electric grids replace fossil fuel generators with renewables, grid operators face a historic increase in the number of frequency deviations per year, ultimately resulting in power loss and threatening system health. To meet this challenge, grid operators are creating new frequency response products that support grid balancing and stability.

Ex. 14.

14



Ex. 15.

## Controls Specifications

| NETWORK AND CYBER SECURITY | SYSTEM DATA POINTS | RTU PROTOCOLS | DISPATCH APPLICATIONS |
|---|---|---|---|
| VPN-based remote site access | 2,000 points collected per Array* | Modbus | Power Factor Regulation |
| Multifactor authentication | 3,000 points collected per Core* | DNP3 | Voltage Regulation |
| High grade, 256-bit encryption | | IEC 60870-5-104 | Primary Frequency Control |
| Enterprise-class network security | | | Secondary Frequency Control |
| Weekly vulnerability scanning | SOFTWARE USER ROLES | SERVICE MODES | Peak Shaving |
| Data transfer over secure VPN tunnels | Observer | Automatic Resource Control (ARC) | Primary Fast Frequency Response |
| | Operator | Manual | Non-Spinning Reserve |
| | Lead Operator | Idle | Renewable Firming |
| | Administrator | Disconnect | Dynamic VAR Support |
| *Approximate, varies by system configuration* | | Reset | |

Ex. 16; *see also* Ex. 13.

| 1[d]. obtaining, after initiation of the power generation, a second measurement of the at least one grid parameter of the microgrid transmission line; | The Accused Products perform the step of obtaining, after initiation of the power generation, a second measurement of the at least one grid parameter of the microgrid transmission line. As established in element 1[a], the local sensors positioned at the Gridstack Pro™ inverter AC output (coupled to the PCC/microgrid transmission line) do not take a single, isolated reading. Rather, they perform continuous, real-time sampling of the grid state. Consequently, once the local control system initiates the discharge of power to stabilize the grid (as established in element 1[c]), the sensors inherently continue to sample the electrical conditions. Any such subsequent sampling of the instantaneous voltage, current, or frequency by the controller constitutes the claimed second measurement of the grid parameter taken precisely after initiation of the power generation. *See* Exs. 11, 12. Fluence's official Gridstack Pro™ architecture materials confirm this continuous monitoring during both grid-forming and islanded modes. |

| PERFORMANCE & SAFETY SPECS | |
|---|---|
| Discharge Duration | 2 hours - 4 hours - 6 hours - 8 hours |
| DC Voltage | Up to 1500V |
| System Response Time | 150ms |
| Round Trip Efficiency | > 87% |
| Availability | > 97% |
| Grid Frequency | 50/60 Hz |
| Seismic Rating | Compliant with IEEE693 High, meets International Building Code (IBC), California Building Code (CBC) requirements per Seismic Design Category (SDC) D, Conforms to ASCE 7-10 standard |
| Operating Temp. range | -20 °C to +50 °C (-4 °F to +122 °F) |
| Certifications | UL/IEC |
| Battery enclosure IP Rating | IP55 |
| Altitude | 2,000 meters (without derating) |
| Thermal Management | Liquid cooled |
| Certifications and Codes | UL1741, UL1741SA/IEEE1547, NFPA68/69/72/855, UL 9540A Cell, Module, Unit |
| SOFTWARE | |
| BMS, System Control and Market Applications | Fluence OS7 |

Ex. 11.

Another grid service that some advanced inverters can supply is grid-forming. Grid-forming inverters can start up a grid if it goes down—a process known as black start. Traditional "grid-following" inverters require an outside signal from the electrical grid to determine when the switching will occur in order to produce a sine wave that can be injected into the power grid. In these systems, the power from the grid provides a signal that the inverter tries to match. More advanced grid-forming inverters can generate the signal themselves. For instance, a network of small solar panels might designate one of its inverters to operate in grid-forming mode while the rest follow its lead, like dance partners, forming a stable grid without any turbine-based generation.

Ex. 12.

The necessity of obtaining this subsequent measurement is further confirmed by the system's compliance with mandatory grid interconnection standards (e.g., IEEE 1547 and UL 1741 SA/SB) and its advertised grid-forming capabilities. *See* Ex. 13. To successfully provide dynamic voltage regulation or frequency droop response, the Gridstack Pro™ must operate using a closed-loop feedback control system. This means the system cannot simply discharge power blindly; it must continuously evaluate the effect of its own active or reactive power injection on the wider microgrid. Therefore, the control system inherently and necessarily performs the step of "obtaining... a second measurement…" (e.g., a subsequent voltage or frequency reading at the PCC) to verify the current state of the microgrid transmission line and determine whether the grid has stabilized or if further power generation adjustments are required.

### 4.10.4 Synchronization

The DER shall parallel with the Area EPS without causing step changes in the RMS voltage at the PCC exceeding 3% of nominal when the PCC is at medium voltage, or exceeding 5% of nominal when the PCC is at low voltage.

DER that produce fundamental voltage before connecting to the Area EPS[52] shall not be synchronized outside of the tolerances specified in Table 5.[53, 54] The synchronization limits stated in Table 5 may be waived by the Area EPS operator if paralleling does not exceed the limitation of voltage fluctuations induced by the DER requirements specified in 7.2.

18

**Table 5—Synchronization parameter limits for synchronous interconnection to an EPS, or an energized Local EPS to an energized Area EPS**

| Aggregate rating of DER units (kVA) | Frequency difference ($\Delta f$, Hz) | Voltage difference ($\Delta V$, %) | Phase angle difference ($\Delta \Phi$, °) |
|---|---|---|---|
| 0–500 | 0.3 | 10 | 20 |
| > 500–1 500 | 0.2 | 5 | 15 |
| > 1 500 | 0.1 | 3 | 10 |

Ex. 13.

| | |
|---|---|
| 1[e]. comparing the second measurement to a shut-down threshold that is greater than the turn-on threshold; and | The Accused Products, governed by the continuous closed-loop feedback system described in element 1[d], perform the step of comparing the second measurement to a shut-down threshold that is greater than the turn-on threshold. Specifically, the Fluence OS and local node controllers actively evaluate the continuous second measurement (e.g., the real-time grid frequency or voltage as it recovers) against a predefined deactivation setpoint or return-to-normal limit (the shut-down threshold). As established in element 1[c], power generation is triggered when the grid experiences a sag (e.g., frequency drops below a 59.95 Hz turn-on threshold). To safely cease power generation, the control system must wait for the grid parameter to recover and increase. Consequently, the programmed return-to-normal setpoint (e.g., 60.00 Hz nominal, or the upper edge of a hysteresis band) is inherently and necessarily greater than the turn-on threshold.<br><br>Fluence's documentation confirms this operational logic, noting that the Accused Products implement advanced frequency/voltage regulation techniques including droop control and setting different deadbands. *See* Ex. 17. In grid-forming and grid-supporting systems, configuring these deadbands and hysteresis controls deliberately separates the activation and deactivation setpoints. This ensures the system does not rapidly toggle on and off (chattering), mandating that the local controller execute a comparison to verify the second measurement has sufficiently recovered to a shut-down threshold that is greater than the turn-on threshold before ceasing the balancing discharge. |

19

| | |
|---|---|
| | Nevertheless, the customizability of the storage controls impressed the industry steering group (consisting of EirGrid/SONI, the Utility Regulator, and NIE Networks) overseeing the project in a number of ways:<br><br>• **Setting different deadbands** -- the frequency triggers that determine when the array would begin to provide balancing charging or discharging power;<br><br>• **Setting different droop characteristics** -- the trajectory of how aggressively the asset would ramp to full charging or discharging power as the frequency rises or fall); and<br><br>• **Demonstrating significantly faster response times** than were rewarded under the HAS Contract regime, which only required a 5 second response time.<br><br>Ex. 17. |
| 1[f]. stopping, when the second measurement exceeds the shut-down threshold, the power generation by the power generator. | The Accused Products, governed by the Fluence OS and local node controllers, perform the step of stopping, when the second measurement exceeds the shut-down threshold, the power generation by the power generator. As noted by the inventor, the system cannot generate power indefinitely; it must cease balancing actions once the grid stabilizes. When the continuous feedback loop (described in 1[d]) determines that the recovering grid parameter (the second measurement) has risen above (*i.e.*, exceeds) the programmed return-to-normal setpoint or upper deadband boundary (the shut-down threshold defined in 1[e]), the controller triggers a deactivation command.<br><br>Because the measured grid parameter (e.g., frequency or voltage) now securely exceeds the threshold that defines an under-frequency/under-voltage event, the microgrid no longer requires active support. In automatic response to this condition, the local controller commands the Gridstack Pro™ inverters to immediately cease discharging stored battery energy into the microgrid transmission line. This active cessation of discharge constitutes "stopping... the power generation by the power generator."<br><br>Fluence's documentation confirms that its systems automatically respond to these changes to safely regulate the grid. *See* Ex. 14; *see also* Exs. 15, 16. Furthermore, compliance with mandatory grid interconnection standards (such as IEEE 1547) strictly requires that grid-forming and grid-supporting inverters cease active power injection once nominal grid conditions are restored. *See* Ex. 13. Therefore, utilizing the different deadbands configured in the system (see Ex. 17), the Accused Products inherently and necessarily stop power generation when the upper boundary of the active deadband is exceeded. |

20

> The rapid advancement of battery-based energy storage technology has made it critical to the future of electricity systems. When grids need fast-responding, flexible resources that can deliver full output for minutes to hours, energy storage delivers where synchronous generators cannot. All while operating free from direct greenhouse gas emissions, providing flexibility critical to enabling a low-carbon electricity grid.
>
> As our electric grids replace fossil fuel generators with renewables, grid operators face a historic increase in the number of frequency deviations per year, ultimately resulting in power loss and threatening system health. To meet this challenge, grid operators are creating new frequency response products that support grid balancing and stability.

Ex. 14.

21



Ex. 15.

## Controls Specifications

**NETWORK AND CYBER SECURITY**

VPN-based remote site access

Multifactor authentication

High grade, 256-bit encryption

Enterprise-class network security

Weekly vulnerability scanning

Data transfer over secure VPN tunnels

**SYSTEM DATA POINTS**

2,000 points collected per Array*

3,000 points collected per Core*

**SOFTWARE USER ROLES**

Observer

Operator

Lead Operator

Administrator

*\* Approximate, varies by system configuration*

**RTU PROTOCOLS**

Modbus

DNP3

IEC 60870-5-104

**SERVICE MODES**

Automatic Resource Control (ARC)

Manual

Idle

Disconnect

Reset

**DISPATCH APPLICATIONS**

Power Factor Regulation

Voltage Regulation

Primary Frequency Control

Secondary Frequency Control

Peak Shaving

Primary Fast Frequency Response

Non-Spinning Reserve

Renewable Firming

Dynamic VAR Support

Ex. 16; *see also* Ex. 13.

23